1  Lehman entity, LBHI, filed for bankruptcy just days later, on September 15, 2008.

2      258.    On information and belief, Lehman ALI and LV Pacific Point did not intend to honor

3  their promises to cover the payables and bond obligations when they executed the Settlement

4  Agreement, obtained the estoppel certificate, and effectuated the foreclosure in late August 2008.

5  Gilhool's superiors within Lehman who were in charge of Lehman ALI and LV Pacific Point,

6  including Walsh, knew of and authorized or directed the representations being made by him, and the

7  transactions being entered into through him.  Yet at the time, they knew that Lehman's liquidity

8  crisis was acute, and knew that neither Lehman ALI nor LV Pacific Point would provide the

9  promised payment.

10      259.    But for Lehman ALI and LV Pacific Point's wrongdoing, LV Pacific Point would not

11  have obtained Plaintiffs' consent to the foreclosure, and would not have obtained title to the

12  property.  Rather, SJD Partners would continue to own the property, and the Pacific Point property

13  would still be part of its bankruptcy estate.

14      260.    Because SJD Partners' consent was fraudulently induced by Lehman ALI and LV

15  Pacific Point, this Court should rescind the parties' agreement to the extent that SJD Partners

16  consented to the foreclosure and sale of the Pacific Point property; invalidate the foreclosure sale

17  and/or impose a constructive trust upon the Pacific Point property; and direct LV Pacific Point to

18  transfer title back to its rightful owner, SJD Partners.

19      261.    As noted above, once the Pacific Point property is restored to its rightful owner,

20  claims based on the Pacific Point Second Loan, and any associated liens held by the Defendants,

21  should be equitably subordinated pursuant to 11 U.S.C. §510(c) to the claims of the other creditors

22  of SJD Partners and/or SJD Development, and those liens should be preserved for the benefit of and

23  transferred to those Debtors' estate.

24

25

26

27

28

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

**THIRD AMENDED ADVERSARY PROCEEDING COMPLAINT**

35043.17

## VII.

## THIRD CLAIM FOR RELIEF

### (To Avoid and Recover Preferential Transfers 11 U.S.C. § 547 –

### By SJD Partners against LV Pacific Point)

Plaintiffs repeat and reallege each and every foregoing and subsequent allegation contained in the Complaint, and further allege as follows:

262.    The foreclosure of the Pacific Point Project was a transfer within the meaning of 11 U.S.C. §101(54).

263.    The Pacific Point Project was owned by the debtor, SJD Partners, prior to the transfer, and thus the foreclosure was a transfer of an interest of the debtor in property.

264.    LV Pacific Point, the assignee of or successor to Lehman ALI, was a creditor of SJD Partners at the time of the foreclosure within the meaning of 11 U.S.C. § 101(10).

265.    The non-judicial foreclosure was based upon a pre-petition loan agreement and thus constitutes an antecedent debt.

266.    The transfer was made while SJD Partners was insolvent.

267.    LV Pacific Point non-judicially foreclosed on the Pacific Point Project belonging to SJD Partners on August 28, 2008.

268.    The foreclosure occurred within 90 days of SJD Partners' bankruptcy filing.

269.    The foreclosure was for the benefit of LV Pacific Point.

270.    The foreclosure enabled LV Pacific Point to receive more than such creditor would receive if (a) the SJD Partners' bankruptcy case were a case under chapter 7 of Title 11; (b) the transfer had not been made; and (c) LV Pacific Point received payment of such debt to the extent provided by the provisions of Title 11.

271.   SJD Partners is entitled to avoid the preferential transfer, including the liens, pursuant to Section 547(b) of the Bankruptcy Code.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

35043.17

1

**VIII.**

**FOURTH CLAIM FOR RELIEF**

**(To Recover Avoided Transfers - 11 U.S.C. § 550 –**

**By SJD Partners against LV Pacific Point)**

272.    Plaintiffs repeat and reallege each and every foregoing and subsequent allegation contained in the Complaint, and further allege as follows:

273.    LV Pacific Point was the initial transferee of the transfers or the immediate or mediate transferee of such initial transferee or the person for whose benefit the transfers were made.

274.    Pursuant to Section 550(a) of the Bankruptcy Code, SJD Partners is entitled to recover from LV Pacific Point the property transferred, plus interest thereon to the date of payment and the costs of this action.

**IX.**

**FIFTH CLAIM FOR RELIEF**

**(To Avoid and Recover Fraudulent Transfers – 11 U.S.C. §§ 544(b), 548, Cal. Civil Code §§**

**3439.04 and 3439.05 – By SCC Palmdale against LCPI; by SunCal Acton, SunCal Bickford,**

**SunCal Emerald, SunCal Summit, SunCal I, and SunCal III against LCPI and Fenway; by**

**SunCal Del Rio, SunCal Tesoro and SCC Communities, and by the Trustee on behalf of**

**SunCal Oak Knoll and SunCal Torrance, against Lehman ALI; and by the Trustee on behalf**

**of SunCal Marblehead and SunCal Heartland against Lehman ALI and Fenway)**

275.    Plaintiffs repeat and reallege each and every foregoing and subsequent allegation contained in the Complaint, and further allege as follows:

***SunCal Communities I Loan***

276.    LCPI filed identical proofs of secured claims against SunCal I (No. 1), SunCal III (No. 2), SunCal Acton (No. 6), SunCal Emerald (No. 7), SunCal Bickford (No. 16), and SunCal Summit (No. 12) arising from the SunCal Communities I Loan Agreement in the amount of $343,221,391.

277.    A UCC Financing Statement was recorded by LCPI against SunCal I's interest in SunCal Acton, SunCal Summit, SunCal Beaumont, SunCal Johannson, SunCal Emerald, and SunCal

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

35043.17

1    Bickford on November 22, 2005.  A UCC Financing Statement was recorded by LCPI against

2    SunCal Summit's interest in Seven Brothers and Kirby on December 12, 2006.

3        278.    A deed of trust was recorded by LCPI against the property owned by SunCal Bickford

4    on August 25, 2006.  A deed of trust was recorded by LCPI against the property owned by Acton

5    Estates on January 6, 2007.  A deed of trust was recorded by LCPI against the property owned by

6    SunCal Emerald on July 19, 2007.

7        279.    The incurrence of the foregoing obligations and the transfers of interests are referred to

8    herein as the "SunCal Communities I Transfers."

9        280.    The funds advanced under the SunCal Communities I Loan Agreement were such that

10   some of these Debtors received more and others received less funds:  SunCal Acton ($380,069),

11   SunCal Emerald ($44,763,858), SunCal Beaumont ($42,030,925), SunCal Johannson ($14,636,674),

12   SunCal Bickford ($174,570,287) and SunCal Summit ($9,925,373).  SunCal I and SunCal III never

13   received any of these funds or any other consideration for the $343,221,391 proofs of secured claim

14   filed against them.

15       281.    LCPI's documentation under the SunCal Communities I Loan Agreement reduces the

16   amounts owing by the Debtors by any portion that constitutes a fraudulent conveyance.

17       282.    LCPI's $343,221,391 proof of secured claim gives rise to a fraudulent conveyance

18   claim in favor of SunCal Acton's estate against LCPI in the amount of $342,841,322; in favor of

19   SunCal Emerald's estate against LCPI in the amount of $298,457,533; in favor of SunCal Bickford's

20   estate against LCPI in the amount of $168,651,104; in favor of SunCal Summit's estate against LCPI

21   in the amount of $333,296,018; in favor of SunCal I's estate against LCPI in the amount of

22   $343,221,391; and in favor of SunCal III's estate against LCPI in the amount of $343,221,391.

23       283.    The SunCal I Loan Agreement Transfers are transfers as that term is defined in 11

24   U.S.C. § 101(54).

25       284.    The SunCal I Loan Agreement Transfers were made for the benefit of LCPI.

26       285.    These Debtors became insolvent as a result of the SunCal Communities I Loan

27   Transfers.

28

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

286. These Debtors were engaged in business or a transaction, or were about to engage in business or a transaction, for which any property remaining with such Debtors were an unreasonably small capital in relation to the business or transaction.

287. These Debtors received less than the reasonably equivalent value in exchange for such transfer.

288. The SunCal Communities I Loan Transfers were made at a time when there existed at least one creditor of each of these Debtors who holds an unsecured claim that is allowable under 11 U.S.C. § 502 or that is not allowable only under 11 U.S.C. § 502(e).

289. To the extent that Fenway was a transferee of the SunCal Communities I Loan Transfers, it was not a good faith transferee.

290. Plaintiff Debtors SunCal Acton, SunCal Bickford, SunCal Emerald, SunCal Summit, SunCal I, and SunCal III are therefore entitled to set aside the SunCal Communities I Loan Transfers, including the liens, pursuant to 11 U.S.C. §§ 544(b), 548 and Cal. Civil Code §§ 3439.04 and 3439.05.

### *SCC Palmdale Loan*

291. LCPI has filed a $120 million proof of secured claim no. 1 arising from the SCC Palmdale Loan against SCC Palmdale.

292. The SCC Palmdale Loan was made to SCC Palmdale and was secured by SCC Palmdale's interest in Palmdale Hills.

293. A UCC Financing Statement was recorded by LCPI against the property owned by SCC Palmdale on March 30, 2007.

294. The incurrence of the foregoing obligations and the transfers of interests are referred to herein as the "SCC Palmdale Transfers."

295. The entire loan proceeds of the SCC Palmdale Loan were used by LCPI to make a paydown on the SunCal Communities I Loan Agreement that did not involve SCC Palmdale or Palmdale Hills.

296. This lending arrangement, as structured, created an approximately $120 million

**THIRD AMENDED ADVERSARY PROCEEDING COMPLAINT**

35043.17

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

1    fraudulent conveyance claim in favor of SCC Palmdale's estate against LCPI, since SCC Palmdale's

2    Estate incurred $120 million liability for no consideration.

3        297.    The SCC Palmdale Transfers are transfers as that term is defined in 11 U.S.C.

4    §101(54).

5        298.    The SCC Palmdale Loan Transfers were made for the benefit of LCPI.

6        299.    SCC Palmdale became insolvent as a result of the SCC Palmdale Fraudulent Transfers.

7        300.    SCC Palmdale was engaged in business or a transaction, or was about to engage in

8    business or a transaction, for which any property remaining with such Debtor was an unreasonably

9    small capital in relation to the business or transaction.

10        301.    SCC Palmdale received less than the reasonably equivalent value in exchange for the

11    SCC Palmdale Transfers.

12        302.    The SCC Palmdale Transfers were made at a time when there existed at least one

13    creditor who was holds an unsecured claim that is allowable under 11 U.S.C. § 502 or that is not

14    allowable only under 11 U.S.C. § 502(e).

15        303.    Plaintiff SCC Palmdale is therefore entitled to set aside the SCC Palmdale Transfers,

16    including the lien, pursuant to 11 U.S.C. §§ 544(b), 548 and Cal. Civil Code §§ 3439.04 and

17    3439.05.

18    *Oak Knoll/Torrance Loan*

19        304.    Lehman ALI filed identical proof of secured claim No. 12 against SunCal Oak Knoll

20    and proof of secured claim No. 4 against SunCal Torrance arising from the Oak Knoll/Torrance

21    Loan Agreement in the amount of $158,141,365.

22        305.    Deeds of trust were recorded by Lehman ALI against the properties owned by SunCal

23    Torrance and SunCal Oak Knoll on December 30, 2005 and March 30, 2006, respectively.

24        306.    The incurrence of the foregoing obligations and the transfers of interests are referred to

25    herein as the "SunCal Oak Knoll/SunCal Torrance Transfers."

26        307.    The Oak Knoll/Torrance Loan Agreement was cross-collateralized by the Oak Knoll

27    Project and the Del Amo Project. The loan proceeds received by SunCal Oak Knoll was

28

**THIRD AMENDED ADVERSARY PROCEEDING COMPLAINT**

35043.17

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

$103,575,426 and the loan proceeds received by SunCal Torrance was $45,185,350.

308.    This lending arrangement, as structured, creates a fraudulent conveyance claim in favor of SunCal Oak Knoll against Lehman ALI in the amount of $54,565,939, and in favor of SunCal Torrance against Lehman ALI in the amount of $112,956,015.

309.    The SunCal Oak Knoll/SunCal Torrance Transfers are transfers as that term is defined in 11 U.S.C. § 101(54).

310.    These Transfers were made for the benefit of Lehman ALI.

311.    SunCal Oak Knoll and SunCal Torrance received less than a reasonably equivalent value in exchange for the SunCal Oak Knoll/SunCal Torrance Transfers.

312.    These Debtors became insolvent as a result of the SunCal Oak Knoll/SunCal Torrance Transfers.

313.    These Debtors were engaged in business or a transaction, or were about to engage in business or a transaction, for which any property remaining with such Debtors were an unreasonably small capital in relation to the business or transaction.

314.    The SunCal Oak Knoll/SunCal Torrance Transfers were made at a time when there existed at least one creditor of each of these Debtors who holds an unsecured claim that is allowable under 11 U.S.C. § 502 or that is not allowable only under 11 U.S.C. § 502(e).

315.    The Trustee, on behalf of SunCal Torrance and SunCal Oak Knoll, is therefore entitled to set aside the SunCal Oak Knoll/SunCal Torrance Transfers, including the liens, pursuant to 11 U.S.C. §§ 544(b), 548 and Cal. Civil Code §§ 3439.04 and 3439.05.

### *Interim Loan*

316.    Lehman ALI has filed identical proof of secured claim No. 9 against SCC Communities, proof of secured claim No. 7 against SunCal Tesoro, and proof of secured claim No. 14 against SunCal Del Rio arising from the Interim Loan Agreement in the amount of $23,795,013.

317.    Deeds of trust were recorded against the properties owned by SunCal Tesoro and SCC Communities on November 2, 2007. The Interim Loan Agreement is also allegedly secured by an

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL (310) 552-4400   FAX (310) 552-8400

**THIRD AMENDED ADVERSARY PROCEEDING COMPLAINT**

35043.17

1    alleged first-priority lien on the proceeds of the SunCal Del Rio CFD Bonds.

2        318.   The incurrence of the foregoing obligations and the transfers of interests are referred to

3    herein as the "Interim Loan Transfers."

4        319.   None of the proceeds from the Interim Loan Agreement were used to fund SCC

5    Communities, SunCal Tesoro or SunCal Del Rio.  Consequently, SunCal Del Rio, SunCal Tesoro

6    and SCC Communities each have fraudulent conveyance claims against Lehman ALI arising from

7    the identical proofs of secured claims filed against them arising from the Interim Loan Agreement in

8    the amount of 23,795,013.

9        320.   The Interim Loan Agreement Transfers are transfers as that term is defined in 11

10    U.S.C. § 101(54).

11        321.   The Interim Loan Agreement Transfers were made for the benefit of Lehman ALI.

12        322.   SCC Communities, SunCal Tesoro and SunCal Del Rio received less than a reasonably

13    equivalent value in exchange for the Interim Loan Agreement Transfers.

14        323.   These Debtors became insolvent as a result of the Interim Loan Agreement Transfers.

15        324.   These Debtors were engaged in business or a transaction, or were about to engage in

16    business or a transaction, for which any property remaining with such Debtors were an unreasonably

17    small capital in relation to the business or transaction.

18        325.   These Transfers were made at a time when there existed at least one creditor of each of

19    these Debtors who holds an unsecured claim that is allowable under 11 U.S.C. § 502 or that is not

20    allowable only under 11 U.S.C. § 502(e).

21        326.   Plaintiffs SCC Communities, SunCal Tesoro and SunCal Del Rio are therefore entitled

22    to set aside the Interim Loan Agreement Transfers, including the liens, pursuant to 11 U.S.C. §§

23    544(b), 548 and Cal. Civil Code §§ 3439.04 and 3439.05.

24    ***Marblehead / Heartland Loan***

25        327.   Lehman ALI filed identical proof of secured claim No. 9 against SunCal Heartland and

26    No. 21 against SunCal Marblehead in the amount of $354,325,126 based on the Marblehead/

27    Heartland Loan Agreement.

28

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

328.   Deeds of trust were recorded by Lehman ALI against the properties owned by SunCal Marblehead and SunCal Heartland on October 4, 2007.

329.   The incurrence of the foregoing obligations and the transfers of interests are referred to herein as the "SunCal Marblehead/SunCal Heartland Transfers."

330.   The Marblehead/Heartland Loan Agreement was cross-collateralized by the Marblehead Project and the Heartland Project. The loan proceeds received by SunCal Marblehead was $258,843,352 and the loan proceeds received by SunCal Heartland was $49,594,848.

331.   This lending arrangement, as structured, creates a fraudulent claim in favor of SunCal Marblehead against Lehman ALI in the amount of $95,481,774, and in favor of SunCal Heartland against Lehman ALI in the amount of $304,730,278.

332.   The SunCal Marblehead/SunCal Heartland Transfers are transfers as that term is defined in 11 U.S.C. § 101(54).

333.   The SunCal Marblehead/SunCal Heartland Transfers were made for the benefit of Lehman ALI.

334.   These Debtors became insolvent as a result of the SunCal Marblehead/SunCal Heartland Transfers.

335.   These Debtors were engaged in business or a transaction, or were about to engage in business or a transaction, for which any property remaining with such Debtors were an unreasonably small capital in relation to the business or transaction.

336.   These Debtors received less than the reasonably equivalent value in exchange for the SunCal Marblehead/SunCal Heartland Transfers.

337.   The SunCal Marblehead/SunCal Heartland Transfers were made at a time when there existed at least one creditor of each of these Debtors who holds an unsecured claim that is allowable under 11 U.S.C. § 502 or that is not allowable only under 11 U.S.C. § 502(e).

338.   To the extent that Fenway was a transferee of the SunCal Marblehead/SunCal Heartland Transfers, it was not a good faith transferee.

339.   The Trustee, on behalf of SunCal Marblehead and SunCal Heartland, is therefore

**THIRD AMENDED ADVERSARY PROCEEDING COMPLAINT**

35043.17

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

1    entitled to set aside the SunCal Marblehead/SunCal Heartland Transfers, including the liens,

2    pursuant to 11 U.S.C. §§ 544(b), 548 and Cal. Civil Code §§ 3439.04 and 3439.05.

## X.

### SIXTH CLAIM FOR RELIEF

### (To Avoid and Recover Preferential Transfers – 11 U.S.C. § 547 –

### By the Trustee on behalf of SunCal Delta Coves, SunCal Marblehead, and SunCal Heartland

### against Lehman ALI and Fenway, and on behalf of SunCal Century City against Lehman ALI

### and Danske)

9    340.    Plaintiffs repeat and reallege each and every foregoing and subsequent allegation

10    contained in the Complaint, and further allege as follows:

### *Delta Coves*

12    341.    SunCal Delta Coves made pre-petition payments in the amount of $6,195,440.46 to

13    Lehman ALI (the "Delta Coves Preferential Transfers"). The Delta Coves Preferential Transfers

14    were to or for the benefit of Lehman ALI within the meaning of 11 U.S.C. § 547.

15    342.    The Delta Coves Preferential Transfers were made for, or on account of, an antecedent

16    debt owed by Delta Coves to Lehman ALI before the Delta Coves Preferential Transfers were made.

17    343.    Delta Coves was insolvent throughout such period.

18    344.    Lehman ALI was a creditor of Delta Coves at the time of the Delta Coves

19    Preferential Transfers within the meaning of 11 U.S.C. § 101(10).

20    345.    Lehman ALI was an insider of Delta Coves within the meaning of 11 U.S.C. §

21    101(31).

22    346.    The Delta Coves Preferential Transfers were made within the year preceding Delta

23    Cove's involuntary proceeding.

24    347.    The Delta Coves Preferential Transfers were made at a time that the Delta Cove Loan

25    Agreement was undersecured.

26    348.    Lehman ALI asserts that the Delta Coves Project has a fair market value of

27    $25,200,000.

28

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

71

349.   Lehman ALI submitted an alleged proof of a secured claim against SunCal Delta Coves of $206,023,142 (proof of secured claim No. 21).

350.   To the extent that Fenway was a transferee of the Delta Coves Preferential Transfers, it was not a good faith transferee.

351.   As a result of the Delta Coves Preferential Transfers, Lehman ALI received more than it would have received if: (i) this case was a case under chapter 7 of the Bankruptcy Code; (ii) the Delta Coves Preferential Transfers had not been made; and (iii) Lehman ALI received payment of such antecedent debt under the provisions of the Bankruptcy Code.

352.   The Trustee, on behalf of SunCal Delta Coves, is entitled to avoid the Delta Coves Preferential Transfers, including the lien, pursuant to 11 U.S.C. § 547(b).

### *Century City*

353.   SunCal Century City made pre-petition transfers in the amount of $10,628,948.64 to Lehman ALI (the "Century City Preferential Transfers"). The Century City Preferential Transfers were to or for the benefit of Lehman ALI within the meaning of 11 U.S.C. § 547.

354.   The Century City Preferential Transfers were made for, or on account of, an antecedent debt owed by SunCal Century City to Lehman ALI before such Transfers were made.

355.   SunCal Century City was insolvent throughout such period.

356.   Lehman ALI was a creditor of SunCal Century City at the time of the Century City Preferential Transfers within the meaning of 11 U.S.C. § 101(10).

357.   Lehman ALI was an insider of SunCal Century City within the meaning of 11 U.S.C. § Section 101(31).

358.   The Century City Preferential Transfers were made within the year preceding SunCal Century City's involuntary proceeding.

359.   The Century City Preferential Transfers were made at a time that the SunCal Century City Loan Agreement was undersecured.

360.   Lehman ALI asserts that the 10,000 Santa Monica Project has a fair market value of $50,900,000.

**THIRD AMENDED ADVERSARY PROCEEDING COMPLAINT**

35043.17

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

1    361.  Danske, as a successor to Lehman ALI, has filed proof of a secured claim No. 17 in the

2    amount of $120,000,000 against SunCal Century City.

3    362.  To the extent that Danske was a transferee of the Century City Preferential Transfers,

4    it was not a good faith transferee.

5    363.  As a result of the Century City Preferential Transfers, Lehman ALI received more than

6    it would have received if:  (i) this case was a case under chapter 7 of the Bankruptcy Code; (ii) the

7    Century City Preferential Transfers had not been made; and (iii) Lehman ALI received payment of

8    such antecedent debt under the provisions of the Bankruptcy Code.

9    364.  The Trustee, on behalf of SunCal Century City, is entitled to avoid the Century City

10   Preferential Transfers, including the lien, pursuant to 11 U.S.C. § Section 547(b).

### *Marblehead / Heartland*

11

12   365.  SunCal Marblehead Heartland Master LLC made pre-petition transfers in the amount

13   of $3,390,280.37 to Lehman ALI ("Marblehead / Heartland Preferential Transfers").  The

14   Marblehead / Heartland Preferential Transfers were to or for the benefit of Lehman ALI within the

15   meaning of Section 547 of the Bankruptcy Code.

16   366.  The Marblehead / Heartland Preferential Transfers were made for, or on account of, an

17   antecedent debt owed by SunCal Marblehead / SunCal Heartland to Lehman ALI before such

18   Transfers were made.

19   367.  SunCal Marblehead and SunCal Heartland were insolvent throughout such period.

20   368.  Lehman ALI was a creditor of SunCal Marblehead / SunCal Heartland at the

21   time of the Marblehead / Heartland Preferential Transfers within the meaning of 11 U.S.C.

22   § 101(10).

23   369.  Lehman ALI was an insider of SunCal Marblehead / SunCal Heartland within

24   the meaning of 11 U.S.C. § 101(31).

25   370.  The Marblehead / Heartland Preferential Transfers were made within the year

26   preceding SunCal Marblehead's and SunCal Heartland's involuntary proceedings.

27   371.  The Marblehead / Heartland Preferential Transfers were made at a time that the

28

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

73

1   Marblehead/Heartland Loan Agreement was undersecured.

2       372.   Lehman ALI asserts that the Marblehead Project has a fair market value of

3   $187,500,000 and the Heartland Project has a fair market value of $7,900,000.

4       373.   Lehman ALI has filed identical proof of secured claim No. 9 against SunCal Heartland

5   and proof of secured claim No. 21 against SunCal Marblehead in the amount of $354,325,126.

6       374.   As a result of the Marblehead / Heartland Preferential Transfers, Lehman ALI received

7   more than it would have received if:  (i) this case was a case under chapter 7 of the Bankruptcy

8   Code; (ii) the Marblehead / Heartland Preferential Transfers had not been made; and (iii) Lehman

9   ALI received payment of such antecedent debt under the Bankruptcy Code.

10      375.   To the extent that Fenway was a transferee of the Marblehead / Heartland Preferential

11  Transfers, it was not a good faith transferee.

12      376.   The Trustee, on behalf of SunCal Marblehead and SunCal Heartland, is entitled to

13  avoid the Marblehead/Heartland Preferential Transfers, including the liens, pursuant to 11 U.S.C. §

14  547(b).

15                                       **XI.**

16                          **SEVENTH CLAIM FOR RELIEF**

17  **(To Void Liens – 11 U.S.C. § 506(d) – By SunCal I and SunCal III against LCPI and Fenway;**

18      **by SCC Palmdale against LCPI; and by SunCal Bickford against Lehman ALI)**

19      377.   Plaintiffs repeat and reallege each and every foregoing and subsequent allegation

20  contained in the Complaint, and further allege as follows:

21  ***SunCal Communities I Loan***

22      378.   The value of LCPI's interest in SunCal I's equity interests in SunCal Acton, SunCal

23  Summit, SunCal Beaumont, SunCal Johannson, SunCal Emerald, and SunCal Bickford is zero.

24      379.   The value of LCPI's interest in SunCal III's non-existent interests is zero.

25      380.   Therefore, LCPI's liens (1) against SunCal I's equity interests in SunCal Acton,

26  SunCal Summit, SunCal Beaumont, SunCal Johannson, SunCal Emerald, and SunCal Bickford; and

27  (2) against the SunCal III estate are void pursuant to 11 U.S.C. § 506(d).

28

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000    LOS ANGELES, CALIFORNIA 90067
TEL:(310) 552-4400    FAX:(310) 552-8400

381.    To the extent that Fenway is the transferee of these liens, they are equally as void, pursuant to 11 U.S.C. § 506(d), as if they were still in the hands of LCPI.

***SCC Palmdale Loan***

382.    The value of LCPI's interest in SCC Palmdale's equity interest in Palmdale Hills is zero.

383.    Therefore, LCPI's lien against SCC Palmdale's equity interest in Palmdale Hills is void pursuant to 11 U.S.C. § 506(d).

***Bickford Second Loan***

384.    The value of Lehman ALI's interest in the second priority deed of trust on the Bickford Ranch Project is zero.

385.    Therefore, Lehman ALI's second priority lien against the Bickford Ranch Project owned by SunCal Bickford is void pursuant to 11 U.S.C. § 506(d).

## XII.

## EIGHTH CLAIM FOR RELIEF

### (To Disallow Claims and Liens – 11 U.S.C. § 502(d) —

**By SCC Palmdale against LCPI; by SunCal Acton, SunCal Bickford, SunCal Emerald, SunCal Summit, SunCal I, and SunCal III against LCPI and Fenway; by SunCal Del Rio, SunCal Tesoro and SCC Communities, and by the Trustee on behalf of SunCal Oak Knoll and SunCal Torrance, against Lehman ALI; by the Trustee on behalf of SunCal Delta Coves, SunCal Marblehead and SunCal Heartland against Lehman ALI and Fenway; and by the Trustee on behalf of SunCal Century City against Lehman ALI and Danske)**

386.    Plaintiffs repeat and reallege each and every foregoing and subsequent allegation contained in the Complaint, and further allege as follows:

387.    Defendants are entities from which property is recoverable under 11 U.S.C. §§ 542, 543, 550 or 553, or are transferees of one or more avoidable transfers under 11 U.S.C. §§ 522(f), 522(h), 544, 545, 547, 548, 549, or 724(a).

388.    Defendants have not paid the amount, or turned over any such property for which

**THIRD AMENDED ADVERSARY PROCEEDING COMPLAINT**

35043.17

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

1    Defendants are liable under 11 U.S.C. §§ 522(i), 542, 543, 550, or 553.

2        389.    Pursuant to Section 502(d) of the Bankruptcy Code, the Defendants' claims are

3    disallowable and the liens associated with such claims are avoidable.

4                                              **XIII.**

5                              **NINTH CLAIM FOR RELIEF**

6    **(To Preserve Claims and Liens for the Respective Debtors' Estates -- 11 U.S.C. §§ 551 and**

7                        **541(a)(4) – Against All Defendants)**

8        390.    Plaintiffs repeat and reallege each and every foregoing and subsequent allegation

9    contained in the Complaint, and further allege as follows:

10       391.    Pursuant to 11 U.S.C. § 551 and 541(a)(4), any fraudulent transfer or preferential

11   transfer that is avoided pursuant to 11 U.S.C. §§ 544(b), 547 or 548, any lien found to be void under

12   11 U.S.C. § 506(d), and any claim or lien subject to subordination under 11 U.S.C. § 510(c) should

13   be preserved for the benefit of and/or transferred to the respective Debtor's estate.

14                                             **XIV.**

15                              **PRAYER FOR RELIEF**

16       **WHEREFORE**, Plaintiffs pray that this Court enter a judgment against Defendants as

17   follows:

18       1.    For equitable subordination of the Defendants' claims against the Plaintiff Debtors to

19   the unsecured creditors claims, mechanic lien claims, and priority and administrative claims against

20   the respective Plaintiff Debtors' estates; and for the preservation of any liens held by the Defendants

21   for the benefit of, and transfer to, the respective Plaintiff Debtors' estates;

22       2.    for: (a) an order rescinding the agreement among SJD Partners, Lehman ALI and LV

23   Pacific Point regarding the foreclosure and sale of the Pacific Point property, invalidating the

24   foreclosure sale of the Pacific Point property to LV Pacific Point, and/or imposing a constructive

25   trust on LV Pacific Point directing it to transfer title of the Pacific Point property back to SJD

26   Partners; and (b) equitable subordination of any claims Lehman ALI, LV Pacific Points and/or

27   Lehman Re may have against SJD Partners and/or SJD Development to the unsecured creditors

28

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

                                              76
                  **THIRD AMENDED ADVERSARY PROCEEDING COMPLAINT**
35043.17

1   claims, mechanic lien claims, and priority and administrative claims against these Debtors' estates;

2   and for the preservation of any liens held by these Defendants for the benefit of, and transfer to,

3   these Debtors' estates;

4          3.       for avoidance and recovery of the above-alleged preferential transfers pursuant to

5   Sections 547 and 550(a) of the Bankruptcy Code;

6          4.       for avoidance and recovery of the above-alleged fraudulent transfers pursuant to

7   Sections 544(b) and 548 of the Bankruptcy Code, and Sections 3439.04 and 3439.05 of the

8   California Civil Code;

9          5.       for a finding that the above-specified liens are void pursuant to 11 U.S.C. § 506(d);

10         6.       for the disallowance of Defendants' claims and avoidance of the Defendants' liens

11  pursuant to 11 U.S.C. § 502(d);

12         7.       for the preservation of Defendants' claims and liens for the respective Debtor's estate

13  pursuant to 11 U.S.C. § 551 and 541(a); and

14         8.       For such other and further relief as this Court may, in its discretion, deem just and

15  proper, including, without limitation, attorneys' fees, costs and interest, as appropriate.

16

17  Dated:  July 10, 2009                         **MILLER BARONDESS LLP**

18
                                                 By: _____
19
                                                     Louis R. Miller
20                                                   Martin Pritikin
                                                     James Miller
21                                                   Special Litigation Counsel for the Jointly
                                                     Administered Debtors in Possession and
22                                                   Steven M. Speier, the Chapter 11 Trustee

23

24

25

26

27

28

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL (310) 552-4400   FAX (310) 552-8400

**THIRD AMENDED ADVERSARY PROCEEDING COMPLAINT**

35043.17

## APPENDIX A

| Debtor | Creditor | Proof of Claim # | Claim Amount |
|---|---|---|---|
| **Acton Estates, LLC** | | | |
| | SunCal Management, LLC | POC #2 | $ 44,173.26 |
| | SCC Acquisitions, Inc. | POC #3 | $ 3,000.00 |
| | SunCal Management, LLC | POC #4 | $ 59,241.68 |
| | Bond Safeguard Insurance Company and Lexon Insurance Company Insurance Company | POC #7 | $ 1,290,000.00 |
| | SCC Acquisitions, Inc. | POC #8 | $ 1,290,000.00 |
| | Bruce Elieff | POC #9 | $ 1,290,000.00 |
| | Arch Insurance Company | POC #10 | $155,423,657(contingent) $131,588.73 (liquidated) |
| | Rohm Insurance Agency | POC #11 | $ 14,150.00 |
| **SunCal Beaumont Heights, LLC** | | | |
| | SunCal Management, LLC | POC #1 | $ 33,254.31 |
| | SCC Acquisitions, Inc. | POC #2 | $ 13,306.54 |
| | (1)Yen Chu Chang Dou, (2)Hui-Li Dou, (3)Y-Cheng Hsu, (4)Tu Hui Ying Ying | POC #3 | $ 3,173,499.50 |
| | SunCal Management, LLC | POC #4 | $ 31,614.40 |
| | Stanford Marital Deduction Trust, Marie B Stanford Trust | POC #6 | $ 154,742.16 |
| | SunCal Master Venture Member, LLC | POC #7 | $2,057.61 |
| | Arch Insurance Company | POC #10 | $155,423,657(contingent) $131,588.73 (liquidated) |
| | Proactive Engineering Consultants, Inc. | POC #11; POC #12 | $ 46,188.55 |
| | Voss Cook & Thel LLP | POC #13 | $ 460.00 |
| **SunCal Bickford Ranch, LLC** | | | |
| | Cook's Portable Toilets & Septic | POC #1 | $ 2,743.21 |
| | Hertz Equipment Rental Corp. | POC #2 | $ 25.51 |
| | Ecorp Consulting, Inc. | POC #3 | $ 23,211.60 |
| | MHM Engineers & Surveyors | POC #5 | $ 8,916.67 |
| | Land Architecture, Inc. | POC #6 | $ 100,245.39 |
| | Fehr & Peers Associates, Inc.Associates, Inc | POC #7 | $ 1,123.22 |
| | Far West Construction, Inc. | POC #8 | $ 72,602.47 |
| | BIA Riverside Sign Program | POC #9 | $ 5,175.00 |
| | Kiewit Pacific Co. | POC #10 | $ 1,868,357.50 |
| | SunCal Management, LLC | POC #11 | $ 321,103.03 |
| | SCC Acquisitions, Inc. | POC #12 | $ 3,000.00 |
| | SunCal Management, LLC | POC #13 | $ 324,789.28 |
| | ARB, Inc. | POC #15 | $ 1,052,272.82 |
| | SunCal Master Venture Member, LLC | POC #18 | $ 20,451.40 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #19 | $ 2,500,000.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #20 | $ 327,548.00 |
| | Pierce's Security | POC #21 | $ 53,919.09 |
| | Arch Insurance Company | POC #22 | $155,423,657(contingent) $131,588.73 (liquidated) |
| | Rohm Insurance Agency | POC #23 | $ 4,095.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #24 | $ 2,827,548.00 |
| | SCC Acquisitions, Inc. | POC #25 | $ 2,827,548.00 |
| | Bruce Elieff | POC #26 | $ 2,827,548.00 |
| | Murray Smith & Associates Engineering | POC #27; POC #31 | $ 77,107.11 |
| | Independent Construction Co. | POC #28 | $ 117,209.80 |
| | Marques Pipeline, Inc. | POC #29; POC #30 | $ 330,118.00 |
| | MacKay & Somps Civil Eng | POC #32 | $ 14,851.80 |
| **SunCal Century City, LLC** | | | |
| | Glaser Weil Fink Jacobs & Shapiro, LLP | POC #1 | $ 65,315.28 |
| | SunCal Management, LLC | POC #2 | $ 1,023,802.98 |
| | SCC Acquisitions, Inc. | POC #3 | $ 2,500.00 |
| | Latham & Watkins LLP | POC #5 | $ 302,168.51 |
| | SunCal Management, LLC | POC #6 | $ 1,040,005.06 |
| | Arch Insurance Company | POC #8 | $155,423,657(contingent) $131,588.73 (liquidated) |
| | Larry J. Calemine | POC #9 | $ 68,600.00 |
| | Fehr & Peers | POC #10 | $ 75,910.27 |
| | Valleycrest Landscape Maintenance | POC #11 | $ 1,580.00 |
| | The Rogers Group | POC #12 | $ 23,485.00 |
| | Englekirk Partners CSE, Inc. | POC #13 | $ 324,520.43 |
| | Lerch Bates, Inc. | POC #14 | $ 21,900.00 |
| | Ateliers Jean Nouvel | POC #15 | $ 1,307,160.19 |
| | MACTEC Engineering and Consulting, Inc./George D. Bennett, Corporate Counsel | POC #16 | $ 90,504.21 |
| **SunCal Torrance Properties, LLC** | | | |
| | SunCal Management, LLC | POC #1 | $ 148,578.54 |

| Debtor | Creditor | POC Claim # | Claim Amount |
|---|---|---|---|
| | SunCal Management, LLC | POC #2 | $ 160,914.00 |
| | MWW Group Inc | POC #5 | $ 42,019.25 |
| | Arch Insurance Company | POC #6 | $155,423,657(contingent) $131,588.73 (liquidated) |

## North Orange Del Rio Land, LLC

| Debtor | Creditor | POC Claim # | Claim Amount |
|---|---|---|---|
| | Trench Shoring Company | POC #1 | $ 1,072.50 |
| | Debby Cobb Consulting | POC #2 | $ 415.00 |
| | Carmen A. Morinello | POC #3 | $ 110,000.00 |
| | Elfend & Associates, Inc. | POC #4 | $ 225,000.00 |
| | Matthew Cunningham dba Pacific Strategies | POC #5 | $ 30,000.00 |
| | Econolite Control Products | POC #6 | $ 21,932.51 |
| | SunCal Management, LLC | POC #7 | $ 2,242,240.45 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #8 | $ 3,060,045.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #9 | $ 250,100.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #10 | $ 2,809,945.00 |
| | Bova Contracting Corporation | POC #11 | $ 275,918.33 |
| | SunCal Management, LLC | POC #12 | $ 213,668.78 |
| | SCC Acquisitions, Inc. | POC #15 | $ 3,159,945.00 |
| | Bruce Elieff | POC #16 | $ 3,159,945.00 |
| | Fuscoe Engineering, Inc. | POC #17 | $ 279,974.18 |
| | Hillcrest Contracting, Inc. | POC #18; POC #24 | $ 295,166.93 |
| | Arch Insurance Company | POC #19 | $155,423,657(contingent) $131,588.73 (liquidated) |
| | Summers Murphy & Partners, Inc. | POC #20 | $ 59,350.00 |
| | All American Asphalt | POC #21 | $ 124,037.20 |
| | Rohm Insurance Agency | POC #22 | $ 32,075.00 |
| | City of Orange | POC #23 | $ 47,818.75 |

## Delta Coves Venture, LLC

| Debtor | Creditor | POC Claim # | Claim Amount |
|---|---|---|---|
| | BKF Engineers | POC #1; POC #15 | $ 121,266.64 |
| | Hertz Equipment Rental Corporation | POC #2 | $ 25,444.15 |
| | Top Grade Construction, Inc. | POC #3; POC #17 | $ 250,000.00 |
| | Pacific Gas and Electric Company | POC #4 | $ 4,208.49 |
| | Howard Construction | POC #5 | $ 2,866.00 |
| | Bellingham Marine Industries, Inc. | POC #6 | $ 2,822,167.18 |
| | SunCal Management, LLC | POC #7 | $ 1,084,658.63 |
| | MBH Architects, Inc. | POC #8 | $ 97,091.24 |
| | Environmental Foresight, Inc. | POC #9 | $ 34,903.70 |
| | Weston/Mason Marketing, Tom Weston, President | POC #11 | $ 32,525.76 |
| | Gibson & Skordal, LLC | POC #12 | $ 586.50 |
| | vanderToolen Associates | POC #13; POC #24 | $ 15,028.09 |
| | Development Planning & Financing Group, Inc. | POC #14 | $ 6,428.00 |
| | Contra Costa County | POC #16 | $ 609,221.68 |
| | Rose Associates Landscape Architects, Inc. | POC #18 | $ 84,617.14 |
| | SunCal Management, LLC | POC #19 | $ 448,061.00 |
| | SCC Acquisitions, Inc. | POC#22 | $ 27,555,855.00 |
| | Bruce Elieff | POC #23 | $ 27,555,855.00 |
| | Arch Insurance Company | POC #25 | $155,423,657(contingent) $131,588.73 (liquidated) |
| | Luce Forward Hamilton & Scripps LLP | POC #26; POC #27 | $ 20,069.07 |
| | Rohm Insurance Agency | POC #28 | $ 270,225.00 |
| | Jackson DeMarco Tidus & Peckenpaugh | POC #29 | $ 1,890.00 |
| | Fanelli Development Co | POC #30 | $ 48,380.23 |

## SunCal Emerald Meadows Ranch, LLC

| Debtor | Creditor | POC Claim # | Claim Amount |
|---|---|---|---|
| | Zeiser Kling Consultants | POC #1 | $ 8,984.27 |
| | Hillwig - Goodrow, LLC | POC #2 | $ 3,860.00 |
| | O'Reilly Public Relations | POC #3 | $ 967.90 |
| | SCC Acquisitions, Inc. | POC #4 | $ 15,777.78 |
| | SunCal Management, LLC | POC #5 | $ 174,624.56 |
| | SunCal Master Venture Member, LLC | POC #8 | $ 14,071.10 |
| | Arch Insurance Company | POC #10 | $155,423,657(contingent) $131,588.73 (liquidated) |
| | David Sandoval | POC #11 | $ 500,000.00 |
| | Moses Green | POC #12 | $ 500,000.00 |
| | Hall & Foreman, Inc. | POC #13 | $ 288,631.72 |
| | Life Church of God in Christ | POC #14 | $ 6,055,000.00 |
| | Proactive Engineering Consultants, Inc. | POC #15; POC #16 | $ 991,315.27 |
| | Rubidoux 60, LLC and EMR Residential Properties, LLC | POC #17 | Unknown |

## SunCal Heartland, LLC

| Debtor | Creditor | POC Claim # | Claim Amount |
|---|---|---|---|
| | Stantec Consulting, Inc. | POC #1; POC #22 | $ 971,341.58 |
| | HD Supply Construction Supply, LTD., dba HD Supply White Cap Construction Supply | POC #2 | $ 44,310.80 |
| | SunCal Management, LLC | POC #3 | $ 397,455.41 |
| | SCC Acquisitions, Inc. | POC #4 | $ 24,065.05 |
| | SunCal Management, LLC | POC #6 | $ 227,266.85 |

| Debtor | Creditor | POC # or Claim # | Claim Amount |
|---|---|---|---|
| | Pinnick, Inc. | POC #8 | $ 563,159.02 |
| | SunCal Master Venture Member, LLC | POC #10; POC #12 | $ 1,512.80 |
| | SCC JV Ventures, LLC | POC #11 | $ 3,093.28 |
| | Utility Specialists SW, Inc. | POC #13; POC #14 | $ 3,787.50 |
| | Skyview Imaging | POC #15 | $ 525.00 |
| | Arch Insurance Company | POC #16 | $155,423,657(contingent) $131,588.73 (liquidated) |
| | Stantec Consulting, Inc. | POC #17 | $ 39,459.53 |
| | Dennis M. McCoy & Sons | POC #18 | $ 941,960.00 |
| | SCC Acquisitions, Inc. | POC #19 | $ 28,947,440.00 |
| | Bruce Elieff | POC #20 | $ 28,947,440.00 |
| | Hall & Foreman, Inc. | POC #21; POC #23 | $ 1,175.60 |
| | Waterforce, Inc. | POC #24 | $ 113,750.00 |
| | Jackson DeMarco Idus & Peckenpaugh | POC #25 | $ 3,445.50 |
| **SunCal Johannson Ranch, LLC** | | | $ 75.45 |
| | SCC Acquisitions, Inc. | POC #1 | $ 9,417.65 |
| | SunCal Management, LLC | POC #2 | $ 25,598.23 |
| | SunCal Management, LLC | POC #3 | $ 34,101.28 |
| | Arch Insurance Company | POC #5 | $155,423,657(contingent) $131,588.73 (liquidated) |
| **SCC Communities, LLC** | | | |
| | Southern Cal. Geotechnical | POC #1 | $ 7,550.49 |
| | SunCal Management, LLC | POC #2 | $ 21,804.39 |
| | SCC Acquisitions, Inc. | POC #3 | $ 1,000.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #4 | $ 25,000.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #5 | $ 12,500.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #6 | $ 12,500.00 |
| | SunCal Management, LLC | POC #7 | $ 27,072.52 |
| | SCC Acquisitions, Inc. | POC #8 | |
| | Arch Insurance Company | POC #10 | $155,423,657(contingent) $131,588.73 (liquidated) |
| **SunCal Marblehead, LLC** | | | |
| | Outdoor Dimensions | POC #1 | $ 57,247.88 |
| | Stantec Consulting, Inc. | POC #2; POC #25 | $ 39,459.53 |
| | TriMax Systems, Inc. | POC #3 | $ 75,286.70 |
| | Butsko Utility Design, Inc. | POC #4 | $ 6,250.00 |
| | Creekside Development, Inc. | POC #5 | $ 780,000.00 |
| | Glenn Lukos Associates, Inc. | POC #6; POC #24 | $ 1,733.34 |
| | California Barricade Rentals, Inc. | POC #7 | $ 5,992.00 |
| | Debby Cobb Consulting, Inc. | POC #8 | $ 2,618.64 |
| | BR South Coast Private Security | POC #9 | $ 38,446.80 |
| | BNB Engineering, Inc. | POC #10; POC #37 | $ 1,608,722.64 |
| | SunCal Management, LLC | POC #11 | $ 1,799,805.75 |
| | SCC Acquisitions, Inc. | POC #12 | $ 4,000.00 |
| | Coastal Living | POC #13 | $ 11,268.00 |
| | Brion Jeannette Architecture | POC #14 | $ 106,481.00 |
| | Security Signal Devices | POC #15 | $ 42,089.00 |
| | Design Alliance | POC #16 | $ 27,943.18 |
| | Steiny and Company, Inc. | POC #17 | $ 259,775.29 |
| | SunCal Management, LLC | POC #18 | $ 591,973.05 |
| | Golden State Fence Co | POC #19 | $ 74,337.00 |
| | SCC JV Ventures, LLC | POC #22 | $ 27,307.61 |
| | SunCal Master Venture Member, LLC | POC #23 | $ 110,151.48 |
| | Bee Busters, Inc. | POC #26 | $ 300.00 |
| | Villa San Clemente, LLC | POC #27 | $ 13,233,103.00 |
| | RMF Contracting, Inc. dba R&M Electrical Contracting | POC #28 | $ 315,591.63 |
| | The Jasper Companies, Inc. | POC #29 | $ 165,260.29 |
| | MediaMax Network LLC | POC #30 | $ 55,155.48 |
| | S & S Seeds, Inc. | POC #31 | $ 15,493.56 |
| | Horticultural Specialists, Inc. | POC #32 | $ 13,000.00 |
| | Horticultural Specialists, Inc. | POC #33 | $ 54,480.20 |
| | Arch Insurance Company | POC #34 | $155,423,657(contingent) $131,588.73 (liquidated) |
| | Roddan Paolucci Roddan Advertising | POC #35; POC #36 | $ 427,489.63 |
| | Kirk Negrete, Inc., dba United Steel Placers | POC #38 | $ 270,056.42 |
| | RBF Consulting | POC #39 | $ 132,188.70 |
| | SCC Acquisitions, Inc. | POC #40 | $ 56,510,018.00 |
| | Bruce Elieff | POC #41 | $ 56,510,018.00 |
| | R.J. Noble | POC #42; POC #50; POC #58 | $ 175,030.81 |
| | City of San Clemente | POC #43, POC #51; POC #59 | $ 39,971,734.00 |
| | Jag Construction | POC #44; POC #52 | $ 178,047.68 |
| | Lucast Consulting | POC #45; POC #53 | $ 22,808.26 |
| | Orange County Striping Service, Inc. | POC #46; POC #54 | $ 11,752.27 |
| | RH Masonry, Inc. | POC #47; POC #55 | $ 189,592.00 |
| | Savala Equipment Company, Inc. | POC #48; POC #56 | $ 34,440.00 |

| Debtor | Creditor | Proof of Claim # | Claim Amount |
|---|---|---|---|
| | Rockey Murata Landscaping, Inc. | POC #60 | $ 285,643.04 |
| **LB/L - SunCal Northlake, LLC** | | | |
| | SunCal Management, LLC | POC #1 | $ 896,008.98 |
| | SCC Acquisitions, Inc. | POC #2 | $ 6,617.65 |
| | Southern California Edison Company | POC #3 | $ 34.48 |
| | SunCal Management, LLC | POC #4 | $ 421,783.35 |
| | Northlake Holdings, LLC | POC #6 | $ 123,654,776.88 |
| **SunCal Oak Knoll, LLC** | | | |
| | RGA Environmental, Inc. | POC #1 | $ 75,617.45 |
| | BKF Engineers | POC #2, #9 & #19 | $308,817.34 |
| | Aboricultural Specialties, Inc. dba The Professional Tree Care Co. | POC #3 | $ 93,925.01 |
| | CST Environmental, Inc. | POC #4 | $ 4,316,169.56 |
| | A-1 Enterprises | POC #5 | $ 1,250.00 |
| | Lamphier Gregory | POC #6 | $ 13,543.88 |
| | SunCal Management, LLC | POC #7 | $ 462,392.86 |
| | Pacific Gas & Electric Company | POC #8 | $ 1,148.52 |
| | SunCal Management, LLC | POC #10 | $ 874,609.00 |
| | Fehr & Peers | POC #13 | $ 3,560.00 |
| | Ralph Osterling Consultants, Inc. | POC #14 | $ 11,688.00 |
| | Tasini & Associates | POC #15 | $ 20,000.00 |
| | WRA, Inc. | POC #16 | $ 27,450.19 |
| | Philip Williams & Associates, Ltd. | POC #17, #18, #27 | $ 42,728.00 |
| | ENGEO, Incorporated | POC #20 | $ 55,825.91 |
| | SWA Group | POC #21 & #22 | $ 32,584.54 |
| | Environmental Science Associates | POC #25 | $ 24,234.39 |
| | Pacific Gas & Electric Company | POC #26 | $ 235.96 |
| | Rohm Insurance Agency | POC #28 | $ 8,560.00 |
| | East Bay Municipal Utility District | POC #29 | $ 21,948.36 |
| **LB/L - SunCal - Oak Valley, LLC** | | | |
| | Outdoor Dimensions | POC #1 | $ 170,819.50 |
| | Stantec Consulting, Inc. | POC #2 | $ 174,572.17 |
| | HD Supply Construction Supply, LTD., dba HD Supply White Cap Construction Supply | POC #3 | $ 52,806.70 |
| | Kevin L. Crook Architect, Inc. | POC #4 | $ 65,340.00 |
| | Glenn Lukos Associates, Inc. | POC #5 & #18 | $ 15,469.81 |
| | SunCal Management, LLC | POC #6 | $ 1,163,688.91 |
| | SCC Acquisitions, Inc. | POC #7 | $ 5,300.00 |
| | Weston Mason Marketing | POC #8 | $ 7,721.41 |
| | Pacific Soils Engineering, Inc. | POC #10 & #21 | $ 97,569.13 |
| | SunCal Management, LLC | POC #11 | $ 132,568.22 |
| | Pinnick, Inc. | POC #12 | $ 30,752.71 |
| | Pinnick, Inc. | POC #14 | $ 966,987.04 |
| | SCC Acquisitions, Inc. | POC #15 | $ 4,476.99 |
| | OVC Holdings, LLC | POC #16 | $ 141,630,091.63 |
| | SunCal Master Venture Member, LLC | POC #17 | $ 1,398.23 |
| | Utility Consultants of Orange County | POC #19 | $ 5,550.00 |
| | Cal West Underground, Inc. | POC #20 | $ 4,374.60 |
| | Skyview Imaging | POC #22 | $ 1,025.00 |
| | Hillcrest Contracting, Inc | POC #23 | $ 136,567.43 |
| | Arch Insurance Company | POC #24 | $155,423,657 (contingent) $131,588.73 (liquidated) |
| | MacKenzie Landscape | POC #25 | $ 121,297.00 |
| | All American Asphalt | POC #26 | $ 60,355.48 |
| | Rohm Insurance Agency | POC #27 | $ 182,774.00 |
| | Pacific Soils Engineering Inc. | POC #28 | $ 153,910.10 |
| | SCC Acquisitions, Inc. Inc | POC #29 | $ 26,167,563.15 |
| | Bruce Elieff | POC #30 | $ 26,167,563.15 |
| | Los Angeles Times | POC #31 & #33 | $ 39,295.00 |
| | Los Angeles Times | POC #32 & #34 | $ 4,315.00 |
| | Proactive Engineering Consultants, Inc. | POC #35 & #36 | $ 280,685.20 |
| | Nissho of California, Inc. | POC #37 | $ 42,570.00 |
| | Waterforce Inc. | POC #38 | $ 20,893.30 |
| | Jackson DeMarco Tidus & Peckenpaugh | POC #39 | $ 19,383.02 |
| | Corporation Service Company | POC # 40 | $ 56.49 |
| **SJD Development Corp.** | | | |
| | SCC Acquisitions | POC #3 | $ - |
| | MWW Group Inc. | POC #5 | $ 42,019.25 |
| | Arch Insurance Company | POC #6 | $155,423,657 (contingent) $131,588.73 (liquidated) |
| **SJD Partners, Ltd.** | | | |
| | Hunsaker & Associates - Irvine | POC #1 | $ 373,205.33 |
| | Palmieri, Tyler, Wiender, Wilhelm & Waldron LLP | POC #2; POC #5; POC #45; POC #46 | $ 7,080.17 |
| | KTGY Group, Inc. | POC #3 | $ 8,295.36 |

| Debtor | Creditor | Claim # | Claim Amount |
|---|---|---|---|
| | Utility Consultants of Orange | POC #4; POC #9 | $ 15,550.00 |
| | Contracting Engineers, Inc | POC #6 | $ 12,227.50 |
| | C.I. Printing Inc., dba Color Image Printing, Inc. | POC #7 | $ 22,127.70 |
| | Culbertson, Adams & Associates | POC #8 | $ 19,751.66 |
| | Gary L. Vogt & Associates | POC #10 | $ 2,250.00 |
| | Scoop Reprint Source | POC #11 | $ 5,215.38 |
| | Daren Saunders Photography | POC #12 | $ 1,131.21 |
| | GCI Associates, Inc. | POC #13 | $ 641.42 |
| | Dexter Wilson Engineering, Inc | POC #14 | $ 10,418.37 |
| | HomeBuyers Guide Real Estate Inc. | POC #15 | $ 69,900.00 |
| | Creekside Development, Inc. | POC #16 | $ 3,663,332.72 |
| | Centex Homes | POC #17 | $ 3,771,678.07 |
| | SunCal Management, LLC | POC #18 | $ 1,386,189.57 |
| | SCC Acquisitions, Inc. | POC #19 | $ 27,166.61 |
| | Boudreau Pipeline Corporation | POC #20 | $ 899,840.47 |
| | SunCal Management, LLC | POC #22 | $ 198,926.00 |
| | SunCal Master Venture Member, LLC | POC #25 | $ 45,164.31 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #26 | $ 319,287.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #27 | $ 343,468.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #28 | $ 378,797.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #29 | $ 114,291.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #30 | $ 710,192.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #31 | $ 476,943.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #32 | $ 364,676.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #33 | $ 262,073.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #34 | $ 1,639,486.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #35 | $ 1,537,973.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #36 | $ 434,156.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #37 | $ 763,671.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #38 | $ 219,070.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #39 | $ 70,005.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #40 | $ 83,952.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #41 | $ 78,031.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #42 | $ 7,712,119.00 |
| | SCC Acquisitions, Inc. | POC #43 | $ 37,472,869.00 |
| | Bruce Elieff | POC #44 | $ 37,472,869.00 |
| | Arch Insurance Company | POC #47 | $155,423,657(contingent) $131,588.73 (liquidated) |
| | Summers Murphy & Partners, Inc | POC #48 | $ 8,350.00 |
| | 5th Gear, LLC | POC #49 | $ 97,531.77 |
| | All American Asphalt | POC #50 | $ 245,870.91 |
| | Halladay & Mim Mack, Inc. | POC #51 | $ 44,611.21 |
| | Voss, Cook & Thel, LLP | POC #52 | $ 205,322.98 |
| | Chino Grading, Inc. | POC #53 | $ 282,044.14 |
| | Ron Martin & Associates, Inc. | POC #54 | $ 35,217.09 |
| | Rohm Insurance Agency | POC #55 | $ 109,185.00 |
| **SunCal PSV, LLC** | | | |
| | Desert Publications | POC #1 | $ 10,385.00 |
| | SunCal Management, LLC | POC #2 | $ 520,753.13 |
| | SCC Acquisitions, Inc. | POC #3 | $ 22,977.13 |
| | Brudvik, Inc. | POC #4 | $ 48,984.54 |
| | Larry Jacinto Construction, Inc. | POC #5; POC #24 | $ 212,663.76 |
| | MOM Publications, Inc. dba New Homes Magazine | POC #6 | $ 10,383.93 |
| | SunCal Management, LLC | POC #7 | $ 206,329.30 |
| | SCC Acquisitions, Inc. | POC #8 | $ 18,612.37 |
| | Williams + Paddon Architects + Planners, Inc | POC #9 | $ 64,084.38 |
| | Williams + Paddon Architects + Planners, Inc | POC #10 | $ 9,713.64 |
| | SCC Acquisitions, Inc. | POC #11 | $ 17,993.01 |
| | SunCal Master Venture Member, LLC | POC #13 | $ 72,278.26 |
| | SCC Acquisitions, Inc. | POC #14 | $ 18,405,548.00 |
| | Bruce Elieff | POC #15 | $ 18,405,548.00 |
| | Desert Water Agency | POC #16 | $ 53,443.92 |
| | AP Medallion Gold LLC dba Golf Ventures West, LLC | POC #17 | $4,072.97 |
| | Martin Excavation, Inc. | POC #18 | $ 1,762.50 |
| | West Coast Turf | POC #19 | $ 263,262.04 |
| | High Tech Irrigation, Inc. | POC #20 | $ 50,526.39 |
| | Griffin Structures, Inc. | POC #21; POC #22 | $ 80,001.60 |
| | The Collaborative West, Inc. | POC #23 | $ 79,547.50 |
| | Southern California Edison Company | POC #25 | $ 243.89 |
| | Southern California Edison Company | POC #26 | $ 23,681.62 |
| | HSA Design Group | POC #27 | $ 8,767.92 |
| | Arch Insurance Company | POC #28 | $155,423,657(contingent) $131,588.73 (liquidated) |
| | 5th Gear, LLC | POC #29 | $ 136,356.73 |
| | Rohm Insurance Agency | POC #30 | $ 183,883.00 |
| | Stormwater Compliance Specialists, Inc. | POC #31; POC #37 | $ 21,840.00 |
| | Swanillon Inc., dba The Land Stewards | POC #32; POC #38 | $ 23,024.04 |

| Debtor | Creditor | Proof of Claim # | Claim Amount |
|---|---|---|---|
| | Pacific Masonry Walls Inc | POC #33; POC #39 | $ 314,061.23 |
| | Simplot Partners (J.R. Simplot Company) | POC #34; POC #40 | $ 3,467.88 |
| | Palm Springs Pump, Inc | POC #35; POC #41 | $ 18,158.59 |
| | Desert Pipeline Inc | POC #36; POC #42; POC #47 | $ 469,784.09 |
| | MSA Consulting, Inc. | POC #43 | $ 666,897.27 |
| | Nissho of California, Inc. | POC #44 | $ 1,856,428.02 |
| | Jackson, DeMarco, Tidus & Peckenpaugh | POC #45 | $ 52,234.50 |
| | Oliphant Golf, Inc. | POC #46 | $ 456,476.47 |
| | Protection One | POC #48 | $ 2,194.19 |

## Palmdale Hills Property, LLC

| Debtor | Creditor | Proof of Claim # | Claim Amount |
|---|---|---|---|
| | Asphalt Professionals | POC #1; POC #46 | $ 35,528.13 |
| | Pinnacle Land Surveying, Inc | POC #2 | $ 66,051.00 |
| | Inland Blueprint Inc. dba IB Reprographics | POC #3; POC #21 | $ 2,320.77 |
| | Greg Norman Golf Course Design | POC #4 | $ 211,490.01 |
| | A.G.I. Geotechnical, Inc. | POC #5 | $ 20,045.81 |
| | The Corporation Int Rate Mgmt | POC #6 | $ 112,500.00 |
| | Geo Consultants, Inc. | POC #7 | $ 10,080.00 |
| | Glumac | POC #8 | $ 2,662.40 |
| | KTGY Group, Inc. | POC #9 | $ 49,996.82 |
| | Lim & Nascimento Engineering | POC #10; POC #45 | $ 1,830.00 |
| | Patricia I. Volkerts Trust dated August 7, 2000 | POC #11 | $ 871,703.19 |
| | SJD Partners, Ltd. | POC #13 | $ 12,584.00 |
| | Stantec Consulting | POC #14; POC #56 | $ 134,297.23 |
| | HD Supply Construction Supply, LTD., dba HD Supply White Cap Construction Supply | POC #15 | $ 14,893.18 |
| | Charles Skaggs | POC #16 | $ 6,096.25 |
| | Glenn Lukos Associates, Inc. | POC #17; POC #18;POC #36 | $ 1,216.78 |
| | Glenn Lukos Associates, Inc. | POC #19 | $ 11,326.13 |
| | Scott E. McDaniel | POC #20 | $ 535,000.00 |
| | So. & Associates Engineers | POC #22 | $ 15,485.00 |
| | SunCal Management, LLC | POC #23 | $ 1,379,367.84 |
| | SCC Acquisitions, Inc. | POC #24 | $ 3,000.00 |
| | Warmington Homes California | POC #25 | $ 1,771,232.88 |
| | Palmieri, Tyler, Wiender, Wilhelm & Waldron LLP | POC #26 | $ 91,034.50 |
| | Western Oilfields Supply Co. Inc. dba Rain for Rent | POC #27 | $ 2,160.11 |
| | Linscott, Law & Greenspan Engnrs | POC #28 | $ 608.50 |
| | Arleen Logan | POC #29 | $ 668,250.00 |
| | Amec Earth and Environmental | POC #30 | $ 17,906.39 |
| | Klassen Corporation | POC #31 | $ 306,350.99 |
| | Hewitt & O'Neil LLP | POC #32; POC #92 | $ 12,584.00 |
| | Sierra Cascade Construction | POC #33 | $ 550,877.29 |
| | Greg Norman Golf Course Design | POC #34 | $ 218,259.21 |
| | Dou Family Trust, Hsu Chih Chang Trust | POC #35 | $ 3,173,499.50 |
| | Glenn Lukos Associates, Inc. | POC #37 | $ 7,924.19 |
| | Ugalde Trucking Co., Inc. | POC #38 | $ 6,520.00 |
| | GCI Associates, Inc. | POC #39 | $ 641.42 |
| | Andy Gump | POC #40 | $ 11,183.08 |
| | Wood Rogers, Inc. | POC #41 | $ 34,119.11 |
| | GeoTeck, Inc. | POC #42 | $ 17,749.00 |
| | Cooks Portable Toilets & Septic, LLC | POC #43 | $ 2,743.21 |
| | HMK Engineers | POC #44 | $ 26,688.85 |
| | Zeiser KLing Consultants. Inc | POC #47 | $ 8,984.27 |
| | Asphalt Professionals | POC #48 | $ 75,188.52 |
| | Bova Contracting Group | POC #49; POC #58 | $ 1,155,533.39 |
| | Cal-State Rent A Fence | POC #50; POC #100 | $ 1,679.72 |
| | Staats Construction, Inc. | POC #51 | $ 166,105.82 |
| | Pierce's Security | POC #52 | $ 53,919.09 |
| | Roddan Paolucci Roddan Advertising | POC #53 | $ 78,083.50 |
| | Arch Insurance Company | POC #54 | $155,423,657(contingent) $131,588.73 (liquidated) |
| | Southland Framers, Inc. | POC #55; POC #67; POC #68 | $ 177,801.98 |
| | Jeanette C. Justus Associate | POC #57 | $ 28,428.59 |
| | SunCal Management, LLC | POC #59 | $ 489,020.27 |
| | Bethel Island Municipal Improvement District | POC #61 | $ 2,000,000.00 |
| | Pinnick, Inc. | POC #62 | $ 30,752.71 |
| | Pinnick, Inc. | POC #63 | $ 936,234.33 |
| | Pinnick, Inc. | POC #64 | $ 563,159.02 |
| | Summers/Murphy & Partners, i | POC #66 | $ 54,375.00 |
| | Urban CrossRoads, Inc. | POC #69 | $ 14,320.00 |
| | Outdoor Sales, Inc. | POC #70 | $ 785,282.57 |
| | Rohm Insurance Agency | POC #71 | $ 97,621.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #72 | $ 1,784,700.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #73 | $ 6,353,850.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #74 | $ 150,700.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #75 | $ 3,414,300.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #76 | $ 240,750.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #77 | $ 649,500.00 |

| Debtor | Creditor | Proof of Claim # | Claim Amount |
|---|---|---|---|
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #78 | $ 3,160,650.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #79 | $ 4,122,000.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #80 | $ 784,050.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #81 | $ 37,950.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #82 | $ 19,500.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #83 | $ 5,900.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #84 | $ 13,000.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #85 | $ 3,549,700.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #86 | $ 573,400.00 |
| | Bond Safeguard Ins. Co. & Lexon Ins. Co. | POC #87; POC #103 | $ 24,859,950.00 |
| | Lennar Centex Del Rio Partners LLC | POC #88 | $ 3,063,489.30 |
| | The City of Palmdale | POC #89 | Unknown |
| | SCC Acquisitions, Inc. | POC #90 | $ 27,991,947.00 |
| | Bruce Elieff | POC #91 | $ 27,991,947.00 |
| | Chameleon Design, Inc. | POC #93; POC #99 | $ 48,240.00 |
| | Jag Construction | POC #96 | $ 163,018.12 |
| | County of San Bernardino | POC#97 | $ 504,225.23 |
| | AMEC Earth & Environmental, Inc. | POC #98 | $ 195,576.53 |
| | Cheryl R. Mims | POC #101 | $ 136,229.12 |
| | Wallace Kuhl & Associates, Inc. | POC #102 | $ 11,379.39 |
| | Southern California Edison Company | POC #104 | $ 43.68 |
| | Franchise Tax Board | POC #105 | $ 7,517.99 |
| **SCC/Palmdale, LLC** | | | |
| | Arch Insurance Company | POC #1 | $155,423,657(contingent) $131,588.73 (liquidated) |
| **SunCal Communities I, LLC** | | | |
| | Arch Insurance Company | POC #1 | $155,423,657(contingent) $131,588.73 (liquidated) |
| **SunCal Communities III, LLC** | | | |
| | Verizon California Inc. | POC #1 | $ 459.40 |
| | Arch Insurance Company | POC #3 | $155,423,657(contingent) $131,588.73 (liquidated) |
| **SunCal Summit Valley, LLC** | | | |
| | Hunsaker & Associates - Irvine | POC #1 | $ 126,940.25 |
| | Development Planning Solutions | POC #2 | $ 12,420.54 |
| | LSA Associates, Inc. | POC #3 | $ 6,985.67 |
| | Arthur Riggs | POC #4 | $ 801,900.00 |
| | Arleen Logan | POC #5 | $ 668,250.00 |
| | Charles E. Skaggs | POC #6 & #14 | $ 6,096.25 |
| | SunCal Management, LLC | POC #7 | $ 7,436.33 |
| | SCC Acquisitions, Inc. | POC #8 | $ 2,500.00 |
| | Pacific Soils Engineering, Inc. | POC #9 | $ 16,827.00 |
| | SunCal Management, LLC | POC #10 | $ 42,027.08 |
| | SunCal Master Venture Member LLC | POC #13 | $ 5,991.40 |
| | Arch Insurance Company | POC #15 | $155,423,657(contingent) $131,588.73 (liquidated) |
| | Summers/Murphy & Partners | POC #16 | $ 7,600.00 |
| | Cheltimalie Enterprises, a California Partnership | POC #17 | $ 1,388,156.25 |
| **Tesoro SF, LLC** | | | |
| | Glenn Lukos Associates, Inc. | POC #1 | $ 11,326.13 |
| | SCC Acquisitions, Inc. | POC #3 | $ 4,888.89 |
| | SunCal Management, LLC | POC #4 | $ 104,510.08 |
| | SunCal Management, LLC | POC #5 | $ 118,891.12 |
| | Arch Insurance Company | POC #8 | $155,423,657(contingent) $131,588.73 (liquidated) |
| | Rohm Insurance Company | POC #9 | $ 8,560.00 |

*Note: The above list does not include certain contingent claims filed by SCC Acquisitions, Inc. Some claims listed may have been filed against the wrong debtors' estate. The information contained herein is based on information gathered to date, and is not, nor is it intended to be, an admission as to identity of all creditors, the total amounts claimed, or the amounts allowed.*

**APPENDIX B**
**Mechanic Lien Claims to Which Debtors Seek to Equitably Subordinate Defendants' Alleged Secured Claims (from Debtors' Second Amended Disclosure Statement)**

| Claimant | Claim Nos. |
|---|---|
| The Holder of the asserted Mechanic Lien Claim held by Asphalt Professionals against the Ritter Ranch Project owned by Palmdale Hills in the amount of $38,249. | Palmdale Hills 1 and 46 |
| The Holder of the asserted Mechanic Lien Claim held by Sierra Cascade Construction against the Ritter Ranch Project owned by Palmdale Hills in the amount of $550,677. | Palmdale Hills 33 |
| The Holder of the asserted Mechanic Lien Claim held by Staats Construction. Inc. against the Ritter Ranch Project owned by Palmdale Hills in the amount of $166,105. | Palmdale Hills 51 |
| The Holder of the asserted Mechanic Lien Claim held by Southland Farmers, Inc. against the Ritter Ranch Project owned by Palmdale Hills in the amount of $177,801. | Palmdale Hills 55, 67 and 68 |
| The Holder of the asserted Mechanic Lien Claim held by Pinnick, Inc. against the Ritter Ranch Project owned by Palmdale Hills in the amount of $1,530,146. | Palmdale Hills 62, 63 and 64 |
| The Holder of the asserted Mechanic Lien Claim held by Chamelon Design Inc. against the Ritter Ranch Project owned by Palmdale Hills in the amount of $73,600. | Palmdale Hills 93, 99 |
| The Holder of the asserted Mechanic Lien Claim held by Hall & Foreman, Inc. against the Emerald Meadows Project in the amount of $287,727. | SunCal Emerald 13 |
| The Holder of the asserted Mechanic Lien Claim held by Proactive Engineering against the Emerald Meadows Project in the amount of $991,315. | SunCal Emerald 15 and 16 |
| The Holder of the asserted Mechanic Lien Claim held by HD Supply Construction against the Ritter Ranch Project owned by Palmdale Hills in the amount of $14,893. | Palmdale Hills 15 |
| The Holder of the asserted Mechanic Lien Claim held by MHM Engineers against the Bickford Ranch Project in the amount of $8,916. | SunCal Bickford 5 |
| The Holder of the asserted Mechanic Lien Claim held by Land Architecture against the Bickford Ranch Project in the amount of $100,245. | SunCal Bickford 6 |

| Claimant | Claim Nos. |
|---|---|
| The Holder of the asserted Mechanic Lien Claim held by Kiewit Pacific Co. against the Bickford Ranch Project in the amount of $1,868,357. | SunCal Bickford 10 |
| The Holder of the asserted Mechanic Lien Claim held by ARB, Inc. against the Bickford Ranch Project in the amount of $1,052,272. | SunCal Bickford 15 |
| The Holder of the asserted Mechanic Lien Claim held by Independent Construction against the Bickford Ranch Project in the amount of $117,209. | SunCal Bickford 28 |
| The Holder of the asserted Mechanic Lien Claim held by Marques Pipeline, Inc. against the Bickford Ranch Project in the amount of $330,118. | SunCal Bickford 29 and 30 |
| The Holder of the asserted Mechanic Lien Claim held by Pacific Soils Engineering against the portion of the Summit Valley Project owned by Summit Valley in the amount of $16,827. | SunCal Summit 9 |
| The Holder of the disputed asserted Mechanic Lien Claim held by Hertz Equipment Rental Corporation against the Delta Coves Project in the amount of $25,444. | SunCal Delta Coves 2 |
| The Holder of the asserted Mechanic Lien Claim held by MBH Architects against the Delta Coves Project in the amount of $97,091. | SunCal Delta Coves 8 |
| The Holder of the asserted Mechanic Lien Claim held by HD Supply Construction against the Heartland Project in the amount of $47,675. | SunCal Heartland 2 |
| The Holder of the asserted Mechanic Lien Claim held by Pinnik, Inc. against the Heartland Project in the amount of $563,159. | SunCal Heartland 8 |
| The Holder of the asserted Mechanic Lien Claim held by Dennis M. McCoy & Sons against the Heartland Project in the amount of $941,960. | SunCal Heartland 16 |
| The Holder of the asserted Mechanic Lien Claim held by Trimax Systems, Inc. against the Marblehead Project in the amount of $75,286. | SunCal Marblehead 3 |
| The Holder of the asserted Mechanic Lien Claim held by Butsko Utility Design, Inc. against the Marblehead Project in the amount of $6,250. | SunCal Marblehead 4 |
| The Holder of the asserted Mechanic Lien Claim held by Dennis RMF Contracting, Inc. against the Marblehead Project in the amount of $264,749. | SunCal Marblehead 28 |
| The Holder of the asserted Mechanic Lien Claim held by The Jasper Companies against the Marblehead Project in the amount of $165,260. | SunCal Marblehead 29 |
| The Holder of the asserted Mechanic Lien Claim held by Kirk Negrete, Inc. dba United Steel Placers against the Marblehead Project in the amount of $270,056. | SunCal Marblehead 38 |

| Claimant | Claim Nos. |
|---|---|
| The Holder of the asserted Mechanic Lien Claim held by RBF Consulting against the Marblehead Project in the amount of $125,093. | SunCal Marblehead 39 |
| The Holder of the asserted Mechanic Lien Claim held by RJ Noble Co. against the Marblehead Project in the amount of $175,030. | SunCal Marblehead 42, 50 and 58 |
| The Holder of the asserted Mechanic Lien Claim held by Orange County Stripping Services against the Marblehead Project in the amount of $4,400. | SunCal Marblehead 46 and 54 |
| The Holder of the asserted Mechanic Lien Claim held by Savala Equipment Co. Inc. against the Marblehead Project in the amount of $34,440. | SunCal Marblehead 48 and 56 |
| The Holder of the asserted Mechanic Lien Claim held by Rockey Murata Landscaping against the Marblehead Project in the amount of $285,643. | SunCal Marblehead 60 |
| The Holder of the asserted Mechanic Lien Claim held by HD Supply Construction against the Oak Valley Project in the amount of $52,806. | SunCal Oak Valley 3 |
| The Holder of the asserted Mechanic Lien Claim held by Pinnik Inc. against the Oak Valley Project in the amount of $966,987. | SunCal Oak Valley 12 and 14 |
| The Holder of the asserted Mechanic Lien Claim held by Hillcrest Contracting Inc. against the Oak Valley Project in the amount of $136,567. | SunCal Oak Valley 23 |
| The Holder of the asserted Mechanic Lien Claim held by MacKenzie Landscape against the Oak Valley Project in the amount of $121,297. | SunCal Oak Valley 25 |
| The Holder of the asserted Mechanic Lien Claim held by All American Asphalt against the Oak Valley Project in the amount of $60,355. | SunCal Oak Valley 26 |
| The Holder of the asserted Mechanic Lien Claim held by Los Angeles Times against the Oak Valley Project in the amount of $43,610. | SunCal Oak Valley 31 and 32 |
| The Holder of the asserted Mechanic Lien Claim held by Proactive Engineering against the Oak Valley Project in the amount of $280,685. | SunCal Oak Valley 35 and 36 |
| The Holder of the asserted Mechanic Lien Claim held by Ateliers Jean Nouvel against the 10,000 Santa Monica Project in the amount of $1,110,000. | SunCal Century City 15 |
| The Holder of the asserted Mechanic Lien Claim held by Englekirk & Sabol Construction Structure Engineering against the 10,000 Santa Monica Project in the amount of $324,520. | SunCal Century City 12 |
| The Holder of the asserted Mechanic Lien Claim held by Brudvik Inc. against the Palm Springs Village Project in the amount of $43,365. | SunCal PSV 4 |

35252.1

3

| Claimant | Claim Nos. |
|---|---|
| The Holder of the asserted Mechanic Lien Claim held by Larry Jacinto Construction Inc. against the Palm Springs Village Project in the amount of $212,663. | SunCal PSV 5 and 24 |
| The Holder of the asserted Mechanic Lien Claim held by William + Paddon Architects + Planners Inc. against the Palm Springs Village Project in the amount of $73,798. | SunCal PSV 9 and 10 |
| The Holder of the asserted Mechanic Lien Claim held by Southern California Edison against the Palm Springs Village Project in the amount of $23,861. | SunCal PSV 26 |
| The Holder of the asserted Mechanic Lien Claim held by Pacific Masonry Walls, Inc. against the Palm Springs Village Project in the amount of $314,061. | SunCal PSV 33 and 39 |
| The Holder of the asserted Mechanic Lien Claim held by J.R. Simplot Company against the Palm Springs Village Project in the amount of $3,467. | SunCal PSV 34 and 40 |
| The Holder of the asserted Mechanic Lien Claim held by Desert Pipeline Inc. against the Palm Springs Village Project in the amount of $469,784. | SunCal PSV 36, 42 and 47 |
| The Holder of the asserted Mechanic Lien Claim held by MSA Consulting against the Palm Springs Village Project in the amount of $666,897. | SunCal PSV 43 |
| The Holder of the asserted Mechanic Lien Claim held by Jackson DeMarco against the Palm Springs Village Project in the amount of $52,234. | SunCal PSV 45 |
| The Holder of the asserted Mechanic Lien Claim held by Oliphant Gold, Inc. against the Oak Knoll Project in the amount of $456,476. | SunCal Oak Knoll 46 |
| The Holder of the asserted Mechanic Lien Claim held by RGA Environmental, Inc. against the Oak Knoll Project in the amount of $75,617. | SunCal Oak Knoll 1 |
| The Holder of the asserted Mechanic Lien Claim held by BKF Engineers against the Oak Knoll Project in the amount of $308,817. | SunCal Oak Knoll 2 and 19 |
| The Holder of the asserted Mechanic Lien Claim held by CST Environmental Inc. against the Oak Knoll Project in the amount of $4,316,169. | SunCal Oak Knoll 4 and 9 |

| | |
|---|---|
| In re:<br>Palmdale Hills Property, LLC<br><br>Debtor(s). | CHAPTER  11<br>CASE NUMBER 8:08-bk-17206-ES<br>Adv. Proc. No. 8:09-ap-01005-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 1999
Avenue of the Stars, Suite 1000, Los Angeles, CA 90067.

The foregoing document described as:  THIRD AMENDED ADVERSARY PROCEEDING COMPLAINT FOR:
1) EQUITABLE SUBORDINATION, 11 U.S.C. §510(c); 2) FRAUDULENT INDUCEMENT; 3) AVOIDANCE AND
RECOVERY OF PREFERENTIAL TRANSFERS, 11 U.S.C. §§ 547, 550; 4) AVOIDANCE AND RECOVERY OF
FRAUDULENT TRANSFERS, 11 U.S.C. §§ 544(b), 548; CAL. CIVIL CODE §§ 3439.04, 3439.05; 5) VOIDING LIENS, 11
U.S.C. § 506(d); 6) DISALLOWANCE OF CLAIMS AND LIENS, 11 U.S.C. § 502(d); AND 7) PRESERVATION OF
CLAIMS AND LIENS FOR DEBTORS' ESTATES, 11 U.S.C. §551 will be served or was served **(a)** on the judge in
chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General
Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink
to the document. On July 10, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and
determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email
address(es) indicated below:

- Joseph A Eisenberg    jae@jmbm.com
- Christopher W Keegan    ckeegan@kirkland.com, emilee@kirkland.com;alevin@kirkland.com
- James M Miller    jmiller@millerbarondess.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On July 10, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case
or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first
class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a
declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or
entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ , 2009 I served the following
person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by
facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on
the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| July 10, 2009 | Carole Conklin | *Carole Conklin* |
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 9013-3.1

| In re:<br>Palmdale Hills Property, LLC<br><br><br><div align="right">Debtor(s).</div> | CHAPTER  11<br>CASE NUMBER 8:08-bk-17206-ES<br>Adv. Proc. No. 8:09-ap-01005-ES |
|---|---|

## **VIA U.S. MAIL**

Richard N. Pachulski, Esq.
Dean A. Ziehl, Esq.
Shirley S. Cho, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067-4100
Telephone:   (310) 277-6910
Facsimile:   (310) 201-0760

Edward Soto, Esq.
Shai Waisman, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone:   (212) 310-8000
Facsimile:   (212) 310-8007

Mark E. McKane, Esq.
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                    **F 9013-3.1**