| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Lisa Hill Fenning (#89238)<br>DEWEY & LEBOEUF LLP<br>333 S. Grand Avenue<br>26th Floor<br>Los Angeles, CA 90071-1530<br>Tel: (213) 621-6233   Fax: (213) 621-6100<br>email: lfenning@dl.com<br><br>*Attorney for* Defendant Fenway Capital LLC | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re: Palmdale Hill Property, LLC, and its related entities,<br><br>Debtor. | |
|---|---|
| Palmdale Hills Property, LLC, et al.,<br><br>Plaintiff(s),<br><br>vs.<br><br>Lehman Ali, Inc., et al.,<br><br>Defendant(s). | CHAPTER 11<br><br>CASE NUMBER 08-17409-ES<br><br>☒   ADVERSARY NUMBER (If Applicable)<br>8:09-ap-1005-ES<br>(No Hearing Required) |

## APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR
## IN A SPECIFIC CASE [Local Bankruptcy Rule 2090-1(b)]

1. I, Corinne D. Levy                                   , hereby apply to the Court under Local Bankruptcy Rule 2090-1(b) for permission to appear and participate in the above-entitled action on behalf of the following named party, by whom I have been retained *(Specify Name of Party)*:
   Defendant Fenway Capital LLC

2. I am a lawyer with the following law firm *(Specify Name and Address of Law Firm)*:
   Dewey & LeBoeuf LLP, 1301 Avenue of the Americas, New York, New York 10019-6092

3. I am a member in good standing and eligible to practice before the following Courts, and admitted to practice on the following dates *(Specify Name of Jurisdiction and Date of Admission to Practice in such Jurisdiction)*:
   New York State Bar #4182572 - 2003; U.S. District Court, Southern District of New York - 2005; U.S. District Court, Eastern Districts of New York - 2006.

4. I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any Court.

5. I have concurrently or within the past 36 months made *pro hac vice* applications to this Court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
| | | | | |

*(Continued on next page)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                     F 2090-1.2

Application of Non-Resident Attorney to Appear in a Specific Case [Local Rule 2090-1(b)] - Page 2    **F 2090-1.2**

| In re Palmdale Hill Property, LLC, and its related entities, | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 08-17409-ES |

6. I ☐ have ☑ have not been disciplined by any court or administrative body ☐ disciplinary proceedings are pending; details are as follows:

I ☐ resigned ☐ did not resign while disciplinary proceedings were pending.

7. I certify that I have read the Local Bankruptcy Rules, the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, and the Federal Rules of Evidence, in their entirety.

8. I designate the following person of the following law firm who is a member of the Bar of this Court and maintains an office in this District for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served:

*Name of Attorney (Designee):* Lisa Hill Fenning

*Name and Address of Law Firm:* Dewey & LeBoeuf LLP
333 S. Grand Avenue, 26th Floor
Los Angeles, CA 90071
email: lfenning@dl.com

*Telephone number of Law Firm:* (213) 621-6233

9. My residence address is: 100 W. 89th Street, Apt 8J, New York, New York 10024

10. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 08/06/09

Corinne D. Levy
*Type Name of Applicant*    *Signature of Applicant*

## CONSENT OF DESIGNEE

I hereby consent to the foregoing designation.

Dated: 08/06/09

Lisa Hill Fenning
*Type Name of Designee*    *Signature of Designee*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 2090-1.2**

Application of Non-Resident Attorney to Appear in a Specific Case [Local Rule 2090-1(b)] - *Page 3*    **F 2090-1.2**

| In re Palmdale Hill Property, LLC, and its related entities, | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 08-17409-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 S. Grand Avenue, 26th Floor, Los Angeles, CA 90071

A true and correct copy of the foregoing document described as <u>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>8/7/09</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☑ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge **will be** completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge **will be** completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/7/09 | Jean Kellett | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                              **F 2090-1.2**

Application of Non-Resident Attorney to Appear in a Specific Case [Local Rule 2090-1(b)] - *Page 4*  **F 2090-1.2**

| In re Palmdale Hill Property, LLC, and its related entities, | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER 08-17409-ES |

**ADDITIONAL SERVICE INFORMATION** (if needed):

Served by Court's NEF System:

Louis Miller – smiller@millerbarondess.com
Brian Procel – bprocel@millerbarondess.com
Martin Pritikin – mpritikin@millerbarondess.com
Paul Couchot – pcouchot@winthropcouchot.com
Peter Lianides – plianides@winthropcouchot.com
William N. Lobel – wlobel@thelobelfirm.com
Lei Lei Wang Ekvall – lekvall@wgllp.com
United States Trustee (SA) – ustpregion16.sa.ecf@usdoj.gov
United States Trustee (SA) – michael.hauser@usdog.gov
Steven Speier – sspeier@squarmilner.com
Dean Ziehl – dziehl@pszjlaw.com
Joseph A. Eisenberg – jae@jmbm.com
Mark E. McKane – mmckane@kirkland.com
Christopher W. Keegan – ckeegan@kirkland.com
Edward Soto – Edward.soto@weil.com

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 2090-1.2**