Case 8:09-ap-01005-ES    Doc 89-1    Filed 10/14/09    Entered 10/14/09 19:22:29    Desc
Summons and Notice of Status Conference    Page 1 of 8

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Betty M. Shumener (Bar No. 137220)<br>Henry H. Oh (Bar No. 187127)<br>henry.oh@dlapiper.com<br>DLA PIPER LLP (US)<br>550 S. Hope Street, Suite 2300<br>Los Angeles, CA 90071<br>Telephone: (213) 330-7700<br>Facsimile: (213) 330-7701<br><br>Attorney for the JOINT PROVISIONAL LIQUIDATORS OF LEHMAN RE LTD. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: PALMDALE HILLS PROPERTY, LLC, AND ITS RELATED DEBTORS,<br><br>Debtor. | CHAPTER 11<br>CASE NUMBER 8:08-bk-17206-ES (Jointly Administered)<br><br>ADVERSARY NUMBER 8:09-ap-01005-ES |
|---|---|
| PALMDALE HILLS PROPERTY, LLC, et al.<br>Plaintiff(s),<br><br>vs.<br><br>LEHMAN ALI, INC., et al., * (*See attached addendum for complete caption)<br>Defendant(s). | (The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** ON COUNTERCLAIM AND THIRD PARTY COMPLAINT |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by **DEC 0 7 2009**, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| Hearing Date: **JAN 2 1 2010**  Time: 9:30 AM  Courtroom: 5A  Floor: 5TH |
|---|
| ☐ 255 East Temple Street, Los Angeles    ☒ 411 West Fourth Street, Santa Ana<br>☐ 21041 Burbank Boulevard, Woodland Hills    ☐ 1415 State Street, Santa Barbara<br>☐ 3420 Twelfth Street, Riverside |

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: **NOV 0 5 2009**

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009 (COA-SA)    F 7004-1

Case 8:09-ap-01005-ES    Doc 114    Filed 11/05/09    Entered 11/05/09 08:17:51    Desc
Main Document    Page 2 of 8
Case 8:09-ap-01005-ES    Doc 89-1    Filed 10/14/09    Entered 10/14/09 19:22:29    Desc
Summons and Notice of Status Conference    Page 2 of 8
Summons and Notice of Status Conference – Page 2

F 7004-1

| In re: PALMDALE HILLS PROPERTY, INC.<br><br>Debtor(s).<br><br>Palmdale Hills Property, LLC et al. v. Lehman ALI, Inc., et al. | Case No.<br>8:08-bk-17206-ES<br>(Jointly Administered)<br>8:09-ap-01005-ES |
|---|---|

In re

PALMDALE HILLS PROPERTY, LLC, AND ITS RELATED DEBTORS,

    Jointly Administered Debtor and Debtors-in-Possession

Affects:

- ☒ All Debtors
- ☒ Palmdale Hills Property, LLC,
- ☐ SunCal Beaumont Heights, LLC
- ☒ SCC/Palmdale, LLC
- ☐ SunCal Johannson Ranch, LLC
- ☒ SunCal Summit Valley, LLC
- ☒ SunCal Emerald Meadows LLC
- ☒ SunCal Bickford Ranch, LLC
- ☒ Acton Estates, LLC
- ☐ Seven Brothers LLC
- ☒ SJD Partners, Ltd.
- ☒ SJD Development Corp.
- ☐ Kirby Estates, LLC
- ☒ SunCal Communities I, LLC
- ☒ SunCal Communities II, LLC
- ☒ SCC Communities LLC
- ☒ North Orange Del Rio Land, LLC
- ☒ Tesoro SF, LLC
- ☒ LB-L-SunCal Oak Valley, LLC
- ☒ SunCal Heartland, LLC
- ☒ LB-L-SunCal Northlake, LLC
- ☒ SunCal Marblehead, LLC
- ☒ SunCal Century City, LLC
- ☒ SunCal PSV, LLC
- ☒ Delta Coves Venture, LLC
- ☒ SunCal Torrance, LLC
- ☒ SunCal Oak Knoll, LLC

Case No. 8:08-bk-17206-ES

Jointly Administered With Case Nos.
8:08-bk-17209-ES; 8:08-bk-17224-ES;
8:08-bk-17225-ES; 8:08-bk-17227-ES
8:08-bk-17230-ES; 8:08-bk-17231-ES
8:08-bk-17236-ES; 8:08-bk-17240-ES
8:08-bk-17242-ES; 8:08-bk-17245-ES
8:08-bk-17246-ES; 8:08-bk-17248-ES
8:08-bk-17249-ES; 8:08-bk-17404-ES
8:08-bk-17407-ES; 8:08-bk-17408-ES
8:08-bk-17409-ES; 8:08-bk-17458-ES
8:08-bk-17465-ES; 8:08-bk-17470-ES
8:08-bk-17472-ES; 8:08-bk-17473-ES
8:08-bk-17474-ES; 8:08-bk-17475-ES
8:08-bk-17588-ES

Adversary No. 8:09-ap-01005-ES

**DEFENDANT LEHMAN RE LTD.'S ANSWER TO THIRD AMENDED ADVERSARY PROCEEDING COMPLAINT AND COUNTERCLAIM AND THIRD PARTY COMPLAINT FOR**
**(1) JUDICIAL FORECLOSURE; and**
**(2) DECLARATORY RELIEF**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 7004-1

Summons and Notice of Status Conference – Page 3

F 7004-1

| In re: PALMDALE HILLS PROPERTY, INC.  Debtor(s). | Case No. 8:08-bk-17206-ES (Jointly Administered) |
|---|---|
| Palmdale Hills Property, LLC et al. v. Lehman ALI, Inc., et al. | 8:09-ap-01005-ES |

**Debtor-In-Possession Plaintiffs**
PALMDALE HILLS PROPERTY, LLC, a Delaware limited liability company; SUNCAL SUMMIT VALLEY, LLC, a Delaware limited liability company; SUNCAL EMERALD MEADOWS, LLC, a Delaware limited liability company; SUNCAL BICKFORD RANCH, LLC, a Delaware limited liability company; ACTON ESTATES, LLC, a Delaware limited liability company; SJD PARTNERS, LTD., a California limited partnership; SJD DEVELOPMENT CORP., a California corporation; NORTH ORANGE DEL RIO LAND, LLC, a Delaware limited liability company; TESORO SF, LLC, a Delaware limited liability company; SCC COMMUNITIES, LLC, a Delaware limited liability company; SUNCAL COMMUNITIES I, LLC, a Delaware limited liability company; SUN CAL COMMUNITIES II, a Delaware limited liability company; SCC/PALMDALE LLC, a Delaware limited liability company;

**Trustee Plaintiffs**
STEVEN SPEIER, Chapter 11 Trustee, on behalf of LB-L-SUNCAL OAK VALLEY, LLC, a Delaware limited liability company; SUNCAL HEARTLAND, LLC, a Delaware limited liability company; LB-L-SUNCAL NORTHLAKE, LLC, a Delaware limited liability company; SUNCAL MARBLEHEAD, LLC, a Delaware limited liability company; SUNCAL CENTURY CITY, LLC, a Delaware limited liability company; SUNCAL PSV, LLC, a Delaware limited liability company; DELTA COVES VENTURE, LLC, a Delaware limited

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 7004-1

Case 8:09-ap-01005-ES    Doc 114    Filed 11/05/09    Entered 11/05/09 08:17:51    Desc
Main Document    Page 4 of 8
Case 8:09-ap-01005-ES    Doc 89-1    Filed 10/14/09    Entered 10/14/09 19:22:29    Desc
Summons and Notice of Status Conference    Page 4 of 8
Summons and Notice of Status Conference    Page 4

F 7004-1

| In re: PALMDALE HILLS PROPERTY, INC.<br><br>Debtor(s). | Case No.<br>8:08-bk-17206-ES<br>(Jointly Administered) |
|---|---|
| Palmdale Hills Property, LLC et al. v. Lehman ALI, Inc., et al. | 8:09-ap-01005-ES |

liability company; SUNCAL TORRANCE, LLC, a Delaware limited liability company; and SUNCAL OAK KNOLL, LLC, a Delaware limited liability company,

        Plaintiffs,

v.

LEHMAN ALI, INC., a Delaware corporation; LEHMAN COMMERCIAL PAPER, INC., a Delaware corporation; OVC HOLDINGS, LLC, a Delaware limited company; NORTHLAKE HOLDINGS, LLC, a Delaware limited liability company; LV PACIFIC POINT, LLC, a Delaware limited liability company; LEHMAN RE, LTD., a Bermuda corporation; FENWAY CAPITAL, LLC, a Delaware limited liability company; DANSKE BANK A/S, LONDON BRANCH, a United Kingdom corporation,

        Defendants,

---

LEHMAN RE, LTD., a Bermuda corporation,

        Counterclaim and Third Party Complaint Plaintiff,

v.

**Counterclaim Defendants** SJD PARTNERS, LTD., a California limited partnership; SJD DEVELOPMENT CORP., a California corporation; LEHMAN ALI, INC., a Delaware corporation; and LV PACIFIC POINT, LLC, a Delaware limited liability

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 7004-1

Case 8:09-ap-01005-ES    Doc 114    Filed 11/05/09    Entered 11/05/09 08:17:51    Desc
Main Document    Page 5 of 8
Case 8:09-ap-01005-ES    Doc 89-1    Filed 10/14/09    Entered 10/14/09 19:22:29    Desc
Summons and Notice of Status Conference    Page 5 of 8
Summons and Notice of Status Conference – Page 5

F 7004-1

| In re:   PALMDALE HILLS PROPERTY, INC.<br><br>Debtor(s).<br><br>Palmdale Hills Property, LLC et al. v. Lehman ALI, Inc., et al. | Case No.<br>8:08-bk-17206-ES<br>(Jointly Administered)<br>8:09-ap-01005-ES |
|---|---|

company; and

**Third Party Defendants** CHINO GRADING, INC., a California corporation; AMEC EARTH & ENVIRONMENTAL, INC., a Nevada corporation; BOVA CONTRACTING CORPORATION, a California corporation; BOUDREAU PIPELINE CORPORATION, a California corporation; JT CONSTRUCTION, INC., a California corporation; EXCAVATING ENGINEERS, INC. DBA HILLSIDE RETAINING WALLS COMPANY, a California corporation; VAUGHAN TRUCKING, LLC., a California limited liability company; MESA PACIFIC CONSTRUCTION, INC., a California corporation; VULCAN MATERIALS COMPANY, a New Jersey corporation; ALL AMERICAN ASPHALT, a California corporation; R.C. BERGER CONSTRUCTION, INC., DBA RC GRADING, a California corporation; CEMEX, INC., a Louisiana corporation; NATIONAL READY MIXED CONCRETE CO., a California corporation; JLS CONCRETE PUMPING, INC., a California corporation; TENSAR INTERNATIONAL CORPORATION FKA TENSAR EARTH TECHNOLOGIES, INC., a Georgia corporation; SIERRA PACIFIC ELECTRICAL CONTRACTING, a California corporation; JAG UTILITY CONSTRUCTION, INC., AKA JAG CONSTRUCTION, a California corporation; TONKA TRACTOR RENTALS, INC., a California corporation; CONTECH CONSTRUCTION PRODUCTIONS, INC., DBA CONTECH STORMWATER SOLUTIONS, INC., an Ohio corporation; BNB ENGINEERING,

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 7004-1

Summons and Notice of Status Conference  Page 6

F 7004-1

| In re: PALMDALE HILLS PROPERTY, INC. | Case No. |
|---|---|
| Debtor(s). | 8:08-bk-17206-ES (Jointly Administered) |
| Palmdale Hills Property, LLC et al. v. Lehman ALI, Inc., et al. | 8:09-ap-01005-ES |

INC., an unknown entity; CONSTRUCTION SERVICE, INC., an unknown entity; OAK LEAF LANDSCAPE, INC., a California corporation; ALM PAINTING, INC., an unknown entity; BUCILLA GROUP ARCHITECTURE, INC., a California corporation, and DOEs 1 though 10, inclusive,

    Counterclaim and
    Third Party Complaint
    Defendants.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 7004-1

F 7004-1

| In re    PALMDALE HILLS PROPER    RELATED DEBTORS, | | CASE NO.: 8:08-bk-17206-ES |
|---|---|---|
| Palmdale Hills Property, LLC et al. v. Lehman ALI, Inc., et al. | Debtor(s). | 8:09-ap-01005-ES |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document described as _____
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:


**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:



☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.



☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| _____ | _____ | _____ |
|---|---|---|
| Date | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009 (COA-SA)*                                                                                  F 7004-1

F 7004-1

| In re                                              (SHORT TITLE) | CASE NO.: 8:08-bk-17206-ES |
|---|---|
| PALMDALE HILLS PROPERTY, LLC, AND ITS RELATED DEBTORS,    Debtor(s). | 8:09-ap-01005-ES |

**ADDITIONAL SERVICE INFORMATION** (if needed):

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009 (COA-SA)

F 7004-1