JONATHAN M. HOFF (Bar No. 099787)
GREGORY PETRICK (Admitted Pro Hac Vice)
**CADWALADER, WICKERSHAM & TAFT LLP**
One World Financial Center
New York, NY 10281
Tel: 212.504-6000
Fax: 212.504-6666
E-mail: jonathan.hoff@cwt.com

BETTY M. SHUMENER (Bar No. 137220)
HENRY H. OH (Bar No. 187127)
**DLA PIPER LLP (US)**
550 South Hope Street, Suite 2300
Los Angeles, CA 90071-2678
Tel: 213.330.7700
Fax: 213.330.7701
E-mail: henry.oh@dlapiper.com

Attorneys for the JOINT PROVISIONAL
LIQUIDATORS OF LEHMAN RE LTD.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PALMDALE HILLS PROPERTY, LLC, AND ITS RELATED DEBTORS,<br><br>  Jointly Administered Debtor<br>  and Debtors-in-Possession<br><br>Affects:<br><br>☒ All Debtors<br>☒ Palmdale Hills Property, LLC,<br>☐ SunCal Beaumont Heights, LLC<br>☒ SCC/Palmdale, LLC<br>☐ SunCal Johannson Ranch, LLC<br>☒ SunCal Summit Valley, LLC<br>☒ SunCal Emerald Meadows LLC<br>☒ SunCal Bickford Ranch, LLC<br>☒ Acton Estates, LLC<br>☐ Seven Brothers LLC<br>☒ SJD Partners, Ltd.<br>☒ SJD Development Corp.<br>☐ Kirby Estates, LLC<br>☒ SunCal Communities I, LLC<br>☒ SunCal Communities II, LLC<br>☒ SCC Communities LLC | Case No. 8:08-bk-17206-ES<br><br>Jointly Administered With Case Nos.<br>8:08-bk-17209-ES; 8:08-bk-17224-ES;<br>8:08-bk-17225-ES; 8:08-bk-17227-ES<br>8:08-bk-17230-ES; 8:08-bk-17231-ES<br>8:08-bk-17236-ES; 8:08-bk-17240-ES<br>8:08-bk-17242-ES; 8:08-bk-17245-ES<br>8:08-bk-17246-ES; 8:08-bk-17248-ES<br>8:08-bk-17249-ES; 8:08-bk-17404-ES<br>8:08-bk-17407-ES; 8:08-bk-17408-ES<br>8:08-bk-17409-ES; 8:08-bk-17458-ES<br>8:08-bk-17465-ES; 8:08-bk-17470-ES<br>8:08-bk-17472-ES; 8:08-bk-17473-ES<br>8:08-bk-17474-ES; 8:08-bk-17475-ES<br>8:08-bk-17588-ES<br><br>Adversary No. 8:09-ap-01005-ES<br><br>NOTICE OF VOLUNTARY DISMISSAL OF THIRD PARTY DEFENDANTS (1) VULCAN MATERIALS COMPANY; (2) CONSTRUCTION SERVICE, INC.; AND (3) NATIONAL READY MIXED CONCRETE CO. |

| | |
|---|---|
| 1 | ☒ North Orange Del Rio Land, LLC |
| | ☒ Tesoro SF, LLC |
| 2 | ☒ LB-L-SunCal Oak Valley, LLC |
| | ☒ SunCal Heartland, LLC |
| 3 | ☒ LB-L-SunCal Northlake, LLC |
| | ☒ SunCal Marblehead, LLC |
| 4 | ☒ SunCal Century City, LLC |
| | ☒ SunCal PSV, LLC |
| 5 | ☒ Delta Coves Venture, LLC |
| | ☒ SunCal Torrance, LLC |
| 6 | ☒ SunCal Oak Knoll, LLC |

**Debtor-In-Possession Plaintiffs**

PALMDALE HILLS PROPERTY, LLC, a Delaware limited liability company; SUNCAL SUMMIT VALLEY, LLC, a Delaware limited liability company; SUNCAL EMERALD MEADOWS, LLC, a Delaware limited liability company; SUNCAL BICKFORD RANCH, LLC, a Delaware limited liability company; ACTON ESTATES, LLC, a Delaware limited liability company; SJD PARTNERS, LTD., a California limited partnership; SJD DEVELOPMENT CORP., a California corporation; NORTH ORANGE DEL RIO LAND, LLC, a Delaware limited liability company; TESORO SF, LLC, a Delaware limited liability company; SCC COMMUNITIES, LLC, a Delaware limited liability company; SUNCAL COMMUNITIES I, LLC, a Delaware limited liability company; SUN CAL COMMUNITIES II, a Delaware limited liability company; SCC/PALMDALE LLC, a Delaware limited liability company;

**Trustee Plaintiffs**

STEVEN SPEIER, Chapter 11 Trustee, on behalf of LB-L-SUNCAL OAK VALLEY, LLC, a Delaware limited liability company; SUNCAL HEARTLAND, LLC, a Delaware limited liability company; LB-L-SUNCAL NORTHLAKE, LLC, a Delaware limited liability company; SUNCAL MARBLEHEAD, LLC, a Delaware limited liability company; SUNCAL CENTURY CITY, LLC, a Delaware limited liability company; SUNCAL PSV, LLC, a Delaware limited liability company; DELTA COVES VENTURE, LLC, a Delaware limited liability company; SUNCAL TORRANCE,

| | |
|---|---|
| 1 | LLC, a Delaware limited liability company; and SUNCAL OAK KNOLL, |
| 2 | LLC, a Delaware limited liability company, |
| 3 | Plaintiffs, |
| 4 | v. |
| 5 | LEHMAN ALI, INC., a Delaware corporation; LEHMAN COMMERCIAL |
| 6 | PAPER, INC., a Delaware corporation; OVC HOLDINGS, LLC, a Delaware |
| 7 | limited company; NORTHLAKE HOLDINGS, LLC, a Delaware limited |
| 8 | liability company; LV PACIFIC POINT, LLC, a Delaware limited liability |
| 9 | company; LEHMAN RE, LTD., a Bermuda corporation; FENWAY |
| 10 | CAPITAL, LLC, a Delaware limited liability company; DANSKE BANK A/S, |
| 11 | LONDON BRANCH, a United Kingdom corporation, |
| 12 | |
| 13 | Defendants, |
| 14 | LEHMAN RE, LTD., a Bermuda corporation, |
| 15 | |
| 16 | Counter-Claimant, |
| 17 | v. |
| 18 | SJD PARTNERS, LTD., a California limited partnership; SJD DEVELOPMENT |
| 19 | CORP., a California corporation; LEHMAN ALI, INC., a Delaware |
| 20 | corporation; LV PACIFIC POINT, LLC, a Delaware limited liability company; |
| 21 | CHINO GRADING, INC., a California corporation; AMEC EARTH & |
| 22 | ENVIRONMENTAL, INC., a Nevada corporation; BOVA CONTRACTING |
| 23 | CORPORATION, a California corporation; BOUDREAU PIPELINE |
| 24 | CORPORATION, a California corporation; JT CONSTRUCTION, INC., a California |
| 25 | corporation; EXCAVATING ENGINEERS, INC. DBA HILLSIDE |
| 26 | RETAINING WALLS COMPANY, a California corporation; VAUGHAN |
| 27 | TRUCKING, LLC., a California limited liability company; MESA PACIFIC |
| 28 | CONSTRUCTION, INC., a California corporation; VULCAN MATERIALS |

| | |
|---|---|
| 1 | COMPANY, a New Jersey corporation; R.C. BERGER CONSTRUCTION, INC., |
| 2 | DBA RC GRADING, a California corporation; CEMEX, INC., a Louisiana |
| 3 | corporation; NATIONAL READY MIXED CONCRETE CO., a California |
| 4 | corporation; JLS CONCRETE PUMPING, INC., a California corporation; TENSAR |
| 5 | INTERNATIONAL CORPORATION FKA TENSAR EARTH |
| 6 | TECHNOLOGIES, INC., a Georgia corporation; SIERRA PACIFIC |
| 7 | ELECTRICAL CONTRACTING, a California corporation; JAG UTILITY |
| 8 | CONSTRUCTION, INC., AKA JAG CONSTRUCTION, a California |
| 9 | corporation; TONKA TRACTOR RENTALS, INC., a California corporation; |
| 10 | CONTECH CONSTRUCTION PRODUCTIONS, INC., DBA CONTECH |
| 11 | STORMWATER SOLUTIONS, INC., an Ohio corporation; BNB ENGINEERING, |
| 12 | INC., an unknown entity; CONSTRUCTION SERVICE, INC., an |
| 13 | unknown entity; OAK LEAF LANDSCAPE, INC., a California |
| 14 | corporation; ALM PAINTING, INC., an unknown entity; BUCILLA GROUP |
| 15 | ARCHITECTURE, INC., a California corporation, |
| 16 | |
| 17 | Counter-Defendants, |

19  WHEREAS on October 14, 2009, the Joint Provisional Liquidators of Lehman Re Ltd.

20  ("Lehman Re") filed a Third Party Complaint for (1) foreclosure of its deed of trust (the "Deed of

21  Trust") pertaining to the "Property" (as referenced in the Third Party Complaint and as more

22  particularly described in Lehman Re's deed of trust recorded in the Official Records of Orange

23  County as Instrument Number 2006000113549, collectively referred to as the "Property"), and

24  (2) declaratory relief against certain Third Party Defendants with respect thereto;

25  WHEREAS Lehman Re contends that certain mechanic's liens filed by certain Third

26  Party Defendants against the Property (the "Mechanic's Liens") are invalid as a matter of law, in

27  addition to being subordinate to Lehman Re's Deed of Trust;

28  WHEREAS Lehman Re requested certain Third Party Defendants to release their

Mechanic's Liens in light of Lehman Re's contentions;

WHEREAS in response to Lehman Re's request, Third Party Defendants (1) VULCAN MATERIALS COMPANY; (2) CONSTRUCTION SERVICE, INC.; and (3) NATIONAL READY MIXED CONCRETE CO. released their Mechanic's Liens after Lehman Re filed a Third Party Complaint for foreclosure of its Deed of Trust, thereby obviating the need for Lehman Re to foreclose out those liens under its Deed of Trust;

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(c) of the Federal Rules of Procedure and Rule 7041 of the Federal Rules of Bankruptcy Procedure, that Lehman Re voluntarily dismisses Third Party Defendants (1) VULCAN MATERIALS COMPANY; (2) CONSTRUCTION SERVICE, INC.; and (3) NATIONAL READY MIXED CONCRETE CO. from the Third Party Complaint without prejudice.

Dated:  December 4, 2009              CADWALADER, WICKERSHAM & TAFT LLP


By: /s/ Jonathan M. Hoff
    Jonathan M. Hoff
    Gregory Petrick (Admitted *Pro Hac Vice*)

DLA PIPER LLP (US)


By:     /s/ Henry H. Oh
    Henry H. Oh
    Attorneys for the Joint Provisional Liquidators
    of Lehman Re Ltd.

| In re: PALMDALE HILLS PROPERTY, LLC, AND ITS RELATED DEBTORS. | | CHAPTER: 11 |
|---|---|---|
| Palmdale Hills Property, LLC et al. v. Lehman ALI, Inc., et al. | Debtor(s). | CASE NUMBER: 8:08-bk-17206-ES / 8:09-ap-01005-ES |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
550 S. Hope Street, Suite 2300, Los Angeles, CA 90071

A true and correct copy of the foregoing document described as  Notice of Voluntary Dismissal of Third Party Defendants (1) Vulcan Materials Company; (2) Construction Service, Inc.; and (3) National Ready Mixed Concrete Co.   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On  12/4/09   I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☑ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  12/4/09   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/4/09 | Bambi Clark | /s/ Bambi Clark |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                              **F 9013-3.1**

| | | |
|---|---|---|
| In re: PALMDALE HILLS PROPERTY, LLC, AND ITS RELATED DEBTORS, | | CHAPTER: 11 |
| Palmdale Hills Property, LLC et al. v. Lehman ALI, Inc., et al. | Debtor(s). | CASE NUMBER: 8:08-bk-17206-ES<br>8:09-ap-01005-ES |

**ADDITIONAL SERVICE INFORMATION (if needed):**

I. SERVED BY COURT VIA NOTICE OF ELECTRONIC FILING

Selia M Acevedo     sacevedo@millerbarondess.com, mpritikin@millerbarondess.com;bprocel@millerbarondess.com
Joseph A Eisenberg     jae@jmbm.com
Lei Lei Wang Ekvall     lekvall@wgllp.com
Alan J Friedman     afriedman@irell.com
Jonathan M Hoff     jonathan.hoff@cwt.com
Christopher W Keegan     ckeegan@kirkland.com, emilee@kirkland.com;alevin@kirkland.com;tshafroth@kirkland.com
Hutchison B Meltzer     hmeltzer@wgllp.com
James M Miller     jmiller@millerbarondess.com
Henry H Oh     henry.oh@dlapiper.com, bambi.clark@dlapiper.com
Sean A Okeefe     sokeefe@okeefelc.com
John E Schreiber     jschreiber@dl.com
Steven M Speier     Sspeier@Squarmilner.com, ca85@ecfcbis.com
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
Christopher T Williams     ctwilliams@venable.com, jcontreras@venable.com
Dean A Ziehl     dziehl@pszjlaw.com, dziehl@pszjlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                      **F 9013-3.1**

General Insolvency Counsel
for Administratively Consolidated DIP
Paul J. Couchot, Esq./Peter W. Lianides, Esq.
Winthrop Couchot, P.C.
660 Newport Center Drive, 4th Floor
Newport Beach, CA 92660

Office of the U.S. Trustee
411 W. Fourth Street, Suite 9041
Santa Ana, CA 92701-4593

Counsel for Plaintiffs/Counterclaim Defendants
James M. Miller, Esq.
Louis R. Miller, Esq.
Miller Barondess, LLP
1999 Avenue of the Stars, # 100
Los Angeles, CA 90067

Counsel for Defendants/Counterclaim Defendants Lehman ALI Inc., et al.
Edward Soto, Esq.
Shai Waisman, Esq.
Weil, Botshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Counsel for Defendants/Counterclaim Defendants Lehman ALI Inc., et al.
Dean A. Ziehl, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, CA 90067

Counsel for Defendants/Counterclaim Defendants Lehman ALI Inc., et al.
Joseph A. Eisenberg, Esq.
Jeffer Mangels Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Counsel for Defendants Fenway Capital, LLC
John E. Schreiber, Esq.
Dewey & Leboeuf LLP
333 South Grand Avenue
Los Angeles, CA 90071

Counsel for Fenway Capital, LLC
Richard W. Reinthaler, Esq.
Dewey & Leboeuf LLP
1301 Avenue of the Americas
New York, NY 10019

Counsel for Defendant Danske Bank A/S, London Branch
Ben D. Whitwell, Esq.
Christopher T. Williams, Esq.
Venable LLP
2049 Century Park East, Suite 2100
Los Angeles, CA 90067

Counsel for Defendant Danske Bank A/S, London Branch
Carollynn H.G. Callari, Esq.
Venable LLP
Rockefeller Center, 25th Floor
1270 Avenue of the Americas
New York, NY 10020

Counsel for Counterclaim Defendants
SJD Partners, Ltd./SJD Development Corp
James M. Miller, Esq./Louis R. Miller, Esq.
Miller Barondess, LLP
1999 Avenue of the Stars, # 100
Los Angeles, CA 90067

Counsel for SC Master Holdings II LLC
Mark E. McKane, Esq./Christopher Keegan, Esq.
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104

Third Party Defendant
Chino Grading, Inc.
c/o Agent for Service
Theresa Crawford Tate
1290 E. Center Court Drive
Covina, CA 91724

Third Party Defendant
AMEC Earth & Environmental, Inc.
2020 Winston Park Drive
Suite 700
Oakville, ON
CANADA L6H 6X7

Third Party Defendant
AMEC Earth & Environmental, Inc.
c/o Agent for Service
CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

Third Party Defendant
Bova Contracting Corporation
3334 E. Coast Highway
Corona Del Mar, CA 92625

Third Party Defendant
Bova Contracting Corporation
c/o Agent for Service
Steve Stein
420 De Sola Terrace
Corona Del Mar, CA 92625

Third Party Defendant
Boudreau Pipeline Corporation
c/o Agent for Service
Alan J. Bourdreau
130 Klug Circle
Corona, CA 92880

Third Party Defendant
JT Construction, Inc.
1320 E. 6th Street, Suite 100
Corona, CA 92879

Third Party Defendant
JT Construction, Inc.
c/o Agent for Service
Scott I. Richards, Esq.
313 North Birch Street
Santa Ana, CA 92701

Third Party Defendant
Excavating Engineers, Inc.
5256 S. Mission Road, Suite 703
Bonsall, CA 92003

Third Party Defendant
Excavating Engineers, Inc.
c/o Agent for Service
Martin G. Smith
3712 S. Mission Road
Fallbrook, CA 92028

Third Party Defendant
Vaughan Trucking, LLC
c/o Agent for Service
Steven M. Vaughan
509 N. Main Street
Lake Elsinore, CA 92530-3823

Third Party Defendant
Mesa Pacific Construction, Inc.
151 Kalmus Drive, Suite E-130
Costa Mesa, CA 92626

Third Party Defendant
Mesa Pacific Construction, Inc.
c/o Agent for Service
Jeffrey W. Fohrman
One Park Plaza, Suite 600
Irvine, CA 92614

Third Party Defendant
Vulcan Materials Company
1200 Urban Center Drive
Brimingham, AL 35242

Third Party Defendant
Vulcan Materials Company
c/o Agent for Service
The Prentice-Hall Corporation System, Inc.
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

Third Party Defendant
R.C. Berger Construction, Inc.
c/o Agent for Service
Ronald Berger
1591 Cherokee Road
Corona, CA 92881

Third Party Defendant
Cemex, Inc.
840 Gessner, Suite 1400
Houston, TX 77024

Third Party Defendant
Cemex, Inc.
c/o Agent for Service
CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

Third Party Defendant
National Ready Mixed Concrete Co.
15821 Ventura Blvd., Suite 475
Encino, CA 91436

Third Party Defendant
National Ready Mixed Concrete Co.
c/o Agent for Service
CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

Third Party Defendant
JLS Concrete Pumping, Inc.
2055 N. Ventura Ave.
Ventura, CA 93001

Third Party Defendant
JLS Concrete Pumping, Inc.
c/o Agent for Service
CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

Third Party Defendant
Tensar International Corporation
5871 Glenridge Drive, Suite 300
Atlanta, GA 30328

Third Party Defendant
Tensar Internaitonal Corporation
c/o Agent for Service
CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

Third Party Defendant
Sierra Pacific Electrical Contracting
c/o Agent for Service
David Loop
2542 Avalon Street
Riverside, CA 92509

Third Party Defendant
JAG Utility Construction, Inc.
c/o Agent for Service
James E. Gugino
1238 Keystone Way
Vista, CA 92083

Third Party Defendant
Tonka Tractor Rental, Inc.
c/o Agent for Service
Marty Smith
3712 S. Mission Road
Fallbrook, CA 92028

Third Party Defendant
Contech Solutions Incorporated
c/o Agent for Service
Mehran Jafarzadeh
631 Montague Avenue
San Leandro, CA 94577

Third Party Defendant
BNB Engineering, Inc.
c/o Robert J. Mulvihill
Hart, King & Coldren
200 Sandpointe, Fourth Floor
Santa Ana, CA 92707

Third Party Defendant
Construction Service, Inc.
1320 N. Hancock
Unit A
Anaheim, CA 92807

Third Party Defendant
Construction Service, Inc.
c/o Agent for Service
Bardley Hunt
1739 S. Douglass Road, #D
Anaheim, CA 92806

Third Party Defendant
Oak Leaf Lands Cape, Inc.
c/o Agent for Service
Dennis Buccola
2885 E. La Cresta
Anaheim, CA 92806

Third Party Defendant
ALM Painting, Inc.
31551 Camino Capistrano, Suite B
San Juan Capistrano, CA 92675

Third Party Defendant
Bucilla Group Architecture, Inc.
19772 Macarthur Blvd., Suite 260
Irvine, CA 92621

Third Party Defendant
Bucilla Group Architecture, Inc.
c/o Agent for Service
Gregory G. Bucilla
21 Siros
Laguna Niguel, CA 92677

Third Party Defendant
All American Asphalt
P.O. Box 2229
Corona, CA 92878

Third Party Defendant
c/o Agent for Service
All American Asphalt
Mark Luer
400 E. Sixth Street
Corona, CA 92879

<u>Counsel for All American Asphalt</u>
Donald B. Devirian, Esq.
Devirian & Shinmoto
11400 West Olympic Blvd., Suite 200
Los Angeles, CA 90064

<u>Counsel for Bucilla Group Architecture, Inc.</u>
R. Casey Hannegan
Murtaugh Meyer Nelson & Treglia LLP
2603 Main Street, 9th Floor
Irvine, CA 92614-6232

<u>Counsel for JLS Concrete Pumping, Inc.</u>
Ward Van Scoyk
Weiss and Van Scoyk, LLP
600 S. Lincoln Avenue, Suite 202
Steamboat Springs, CO  80487