FILED & ENTERED

APR 12 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall     DEPUTY CLERK

1  LOUIS R. MILLER, State Bar No. 54141
   smiller@millerbarondess.com
2  MARTIN PRITIKIN, State Bar. No. 210845
   mpritikin@millerbarondess.com
3  BRIAN PROCEL, State Bar No. 218657
   bprocel@millerbarondess.com
4  **MILLER BARONDESS, LLP**
   1999 Avenue of the Stars, Suite 1000
5  Los Angeles, California 90067
   Telephone:    (310) 552-4400
6  Facsimile:    (310) 552-8400

7  Special Litigation Counsel for
   Jointly Administered Debtors in Possession
   and Chapter 11 Trustee
8

9          **UNITED STATES BANKRUPTCY COURT**
       **CENTRAL DISTRICT OF CALIFORNIA -- SANTA ANA DIVISION**
10

11 In re

12 PALMDALE HILLS PROPERTY, LLC,
   AND ITS RELATED DEBTORS,
13          Jointly Administered Debtors
            and Debtors-in-Possession
14

15 **ADVERSARY PROCEEDING**

16 PALMDALE HILLS PROPERTY, LLC, et
   al.,
17
            Plaintiffs,
18
   v.
19
   LEHMAN ALI, INC., et al.,
20
            Defendants.
21

22

23

24

25

26

27

28

**CASE NO. 8:08-bk-17206-ES**
Jointly Administered With Case Nos.
   8:08-bk-17209-ES; 8:08-bk-17240-ES;
   8:08-bk-17224-ES; 8:08-bk-17242-ES;
   8:08-bk-17225-ES; 8:08-bk-17245-ES;
   8:08-bk-17227-ES; 8:08-bk-17246-ES;
   8:08-bk-17230-ES; 8:08-bk-17231-ES;
   8:08-bk-17236-ES; 8:08-bk-17248-ES;
   8:08-bk-17249-ES; 8:08-bk-17573 ES;
   8:08-bk-17574-ES; 8:08-bk-17575-ES;
   8:08-bk-17404-ES; 8:08-bk-17407-ES;
   8:08-bk-17408-ES; 8:08-bk-17409-ES;
   8:08-bk-17458-ES; 8:08-bk-17465-ES;
   8:08-bk-17470-ES; 8:08-bk-17472-ES;
   8:08-bk-17588-ES

**Adversary No. 8:09-ap-01005-ES**

**ORDER RE LEHMAN ENTITIES' AMENDED
MOTION TO DISMISS THE THIRD
AMENDED COMPLAINT**

Hearing: February 11, 2010
Time: 2:00 p.m.
Ctrm.: 5A

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL (310) 552-4400   FAX (310) 552-8400

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

# ORDER

**IT IS HEREBY ORDERED** that the Lehman Lenders Amended Motion to Dismiss Plaintiffs' Third Amended Complaint ("Motion to Dismiss") is **GRANTED IN PART AND DENIED IN PART**.

1) The decision in *Lehman Commercial Paper, Inc. v. Palmdale Hills Property, LLC* (*In re Palmdale Hills Property, LLC*), -- B.R. --, 2009 WL 5812119 (B.A.P. 9th Cir. 2009) is binding on this Court.

2) Under *In re Palmdale Hills Property, LLC*, the claims for relief brought against Defendant Lehman Commercial Paper Inc. ("LCPI") – namely, claims 1, 5, 7, 8, and 9 – are affirmative relief and, therefore violate LCPI's automatic stay.  Consequently, the first, fifth, seventh, eighth, and ninth claims for relief are dismissed without prejudice to the extent that they are brought against LCPI.  Plaintiffs must seek relief from LCPI's automatic stay in the United States Bankruptcy Court for the Southern District of New York in order to bring any claims against LCPI in this adversary proceeding.

3) As to the remaining Defendants,[1] the Motion to Dismiss:

    a.  the first claim for relief is DENIED;

    b.  the second claim for relief is DENIED;

    c.  the third claim for relief is GRANTED WITHOUT PREJUDICE;

    d.  the fourth claim for relief is GRANTED WITHOUT PREJUDICE;

    e.  the fifth claim for relief is DENIED;

    f.  the sixth claim for relief is GRANTED WITHOUT PREJUDICE to the extent that Plaintiffs seek to avoid and recover certain prepetition transfers from SunCal Marblehead Heartland Master LLC to Defendant Lehman ALI in the amount of $3,390,280.37 and is DENIED in all other respects;

    g.  the seventh claim for relief is DENIED;

---

[1] Defendants Lehman ALI, Inc. ("Lehman ALI"), OVC Holdings LLC, Northlake Holdings LLC, and LV Pacific Point, LLC.

h.  the eighth claim for relief is DENIED;

i.  the ninth claim for relief is GRANTED WITHOUT PREJUDICE.

4)  In sum, as to the remaining Defendants, the third, fourth, and ninth claims for relief are dismissed in their entirety without prejudice, and the sixth claim for relief is dismissed in part consistent with this Order.

5)  Plaintiffs may file an amended complaint by April 9, 2010.

**IT IS SO ORDERED.**

                                        ###

DATED: April 12, 2010

_Erithe A. Smith_
United States Bankruptcy Judge

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document described **ORDER RE LEHMAN ENTITIES'
AMENDED MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐  Service information continued on attached page

II.   **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at thelast known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 18, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 18, 2010 | Carole Conklin | /s/ Carole Conklin |
|---|---|---|
| Date | Type Name | Signature |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

1

## <u>SERVICE LIST</u>

2

3        **I.**      <u>**Served by NEF**</u>

4    n/a

5        **II.**     <u>**Served By U.S. Mail**</u>
     n/a

6

7        **II.**     <u>**Served by Personal Delivery, Facsimile Transmission or Email**</u>
                           BY ATTORNEY SERVICE

8    Judge's Copy

9    The Honorable Erithe A. Smith
     United States Bankruptcy Court - Central District of California

10   Ronald Reagan Federal Bldg and United States Courthouse
     411 West Fourth Street, Suite 5041

11   Santa Ana, CA 92701-4593

12                              BY EMAIL

13   <u>Lehman Ali, Inc., Lehman Commercial Paper,</u>          betty.shumener@dlapiper.com
     <u>Inc., OVC Holdings, Northlake Holdings, LV</u>

14   <u>Pacific Point</u>                               <u>LB/L-Duc III Master LLP</u>
     Weil Gostshal & Manges LLP                     Joseph A. Eisenberg

15       edward.soto@weil.com                            jae@jmbm.com

16       elisa.lemmer@weil.com
         shai.waisman@weil.com                      <u>Counsel for Chapter 11 Trustee Steven M.</u>

17       allen.blaustein@weil.com                   <u>Speier</u>
         lauren.zerbinopoulos@weil.com              The Lobel Firm, LLP

18                                                       wlobel@thelobelfirm.com

19   Pachulski Stang Ziehl & Jones LLP
         rpachulski@pszjlaw.com                     <u>General Insolvency Counsel for</u>

20       dziehl@pszjlaw.com                         <u>Jointly Administered Debtors in Possession</u>
                                                    Winthrop Couchot, P.C.

21   <u>Fenway Capital LLC</u>                              pcouchot@winthropcouchot.com
     Dewey & LeBoeuf LLP                                plianides@winthropcouchot.com

22       rreinthaler@DeweyLeBoeuf.com                   sokeefe@winthropcouchot.com
         clevy@DeweyLeBoeuf.com

23       jschreiber@dl.com

24

25   <u>Lehman Re Ltd</u>
     Cadwalader, Wickersham & Taft LLP

26       jonathan.hoff@cwt.com
         liz.butler@cwt.com

27

28   DLA Piper

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

                                   1

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER RE LEHMAN ENTITIES' AMENDED MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**

was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.   SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **March 18, 2010** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒  Service information continued on attached page

**II.   SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐   Service information continued on attached page

**III.   TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒   Service information continued on attached page

61997.1

61997.1

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

## SERVICE LIST

**I.      Served by NEF**

- Selia M Acevedo    sacevedo@millerbarondess.com, mpritikin@millerbarondess.com;bprocel@millerbarondess.com

- Joseph A Eisenberg    jae@jmbm.com

- Lei Lei Wang Ekvall    lekvall@wgllp.com

- Alan J Friedman    afriedman@irell.com

- Christian J Gascou    cgascou@gascouhopkins.com

- Kelly C Griffith    bkemail@harrisbeach.com

- Jonathan M Hoff    jonathan.hoff@cwt.com

- Christopher W Keegan    ckeegan@kirkland.com, emilee@kirkland.com;alevin@kirkland.com;tshafroth@kirkland.com

- Kerri A Lyman    klyman@irell.com

- Hutchison B Meltzer    hmeltzer@wgllp.com

- James M Miller    jmiller@millerbarondess.com

- Henry H Oh    henry.oh@dlapiper.com, bambi.clark@dlapiper.com

- Sean A Okeefe    sokeefe@okeefelc.com

- John E Schreiber    jschreiber@dl.com

- Steven M Speier    Sspeier@Squarmilner.com, ca85@ecfcbis.com

- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

- Christopher T Williams    ctwilliams@venable.com, jcontreras@venable.com

- Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com

**II.          Served By U.S. Mail**

n/a

III.                  **Served by Personal Delivery, Facsimile Transmission or Email**
                      BY EMAIL

Lehman Ali, Inc., Lehman Commercial Paper, Inc., OVC Holdings, Northlake Holdings, LV Pacific
Point
Weil Gostshal & Manges LLP
    edward.soto@weil.com
    elisa.lemmer@weil.com
    shai.waisman@weil.com
    allen.blaustein@weil.com
    lauren.zerbinopoulos@weil.com

Pachulski Stang Ziehl & Jones LLP
    rpachulski@pszjlaw.com
    dziehl@pszjlaw.com

Fenway Capital LLC
Dewey & LeBoeuf LLP
    rreinthaler@DeweyLeBoeuf.com
    clevy@DeweyLeBoeuf.com
    jschreiber@dl.com

Lehman Re Ltd
Cadwalader, Wickersham & Taft LLP
    jonathan.hoff@cwt.com
    liz.butler@cwt.com

DLA Piper
    betty.shumener@dlapiper.com

LB/L-Duc III Master LLP
Joseph A. Eisenberg
    jae@jmbm.com

Counsel for Chapter 11 Trustee Steven M. Speier
The Lobel Firm, LLP
    wlobel@thelobelfirm.com

General Insolvency Counsel for
Jointly Administered Debtors in Possession
Winthrop Couchot, P.C.
    pcouchot@winthropcouchot.com
    plianides@winthropcouchot.com
    sokeefe@winthropcouchot.com

ORDER RE LEHMAN ENTITIES' MOTION TO DISMISS 3RD AM. CMPLT.

61997.1