John E. Schreiber
jschreiber@dl.com
DEWEY & LEBOEUF LLP
333 South Grand Street, Suite 2600
Los Angeles, California 90071
Telephone: (213) 621-6000
Facsimile: (213) 621-6100

-and-

Richard W. Reinthaler
rreinthaler@dl.com
Corinne D. Levy
clevy@dl.com
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-6333

ATTORNEYS FOR DEFENDANT
FENWAY CAPITAL, LLC

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -- SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>PALMDALE HILLS PROPERTY, LLC, AND ITS RELATED DEBTORS,<br>    Jointly Administered Debtors and Debtors-in-Possession<br><br>**ADVERSARY PROCEEDING**<br><br>PALMDALE HILLS PROPERTY, LLC, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>LEHMAN ALI, INC., et al.,<br><br>    Defendants. | **CASE NO. 8:08-bk-17206-ES**<br>Chapter 11<br>Jointly Administered With Case Nos.<br>  8:08-bk-17209-ES; 8:08-bk-17240-ES;<br>  8:08-bk-17224-ES; 8:08-bk-17242-ES;<br>  8:08-bk-17225-ES; 8:08-bk-17245-ES;<br>  8:08-bk-17227-ES; 8:08-bk-17246-ES;<br>  8:08-bk-17230-ES; 8:08-bk-17231-ES;<br>  8:08-bk-17236-ES; 8:08-bk-17248-ES;<br>  8:08-bk-17249-ES; 8:08-bk-17573 ES;<br>  8:08-bk-17574-ES; 8:08-bk-17575 ES;<br>  8:08-bk-17404-ES; 8:08-bk-17407-ES;<br>  8:08-bk-17408-ES; 8:08-bk-17409-ES;<br>  8:08-bk-17458-ES; 8:08-bk-17465-ES;<br>  8:08-bk-17470-ES; 8:08-bk-17472-ES;<br>  8:08-bk-17588-ES<br>**Adversary No. 8:09-ap-01005-ES**<br><br>**FENWAY CAPITAL, LLC'S UNILATERAL STATUS REPORT (LBR 7016-1 AND FRBP 7026)** |

**STATUS REPORT**

Pursuant to Local Bankruptcy Rules 7016-1 and 7026-1(b)(2), Fenway Capital, LLC ("Fenway") hereby files this Unilateral Status Report. Fenway joins in and incorporates by reference herein the Unilateral Status Report filed by Defendants Lehman ALI, Inc., OVC Holdings LLC, Northlake Holdings LLC and LV Pacific Point, LLC (the "Lehman Entities"), except where specifically noted otherwise.

**A.    State Of Discovery**

Plaintiffs and Fenway have produced documents. Fenway has completed its document production. On April 12, 2010, Fenway answered the Fourth Amended Complaint ("FAC"), which was filed and served on March 26, 2010.

**B.    Plaintiffs' Request For Consolidation**

Fenway joins in the Lehman Defendants' Unilateral Status Report with respect to Plaintiffs' request that the Court consolidate discovery and trial of the substantive consolidation matter and the adversary proceeding.

**C.    Proposed Discovery Schedule**

Fenway agrees with Plaintiffs and the Lehman Entities that an extension of time to complete discovery is necessary and joins in the Lehman Defendants' Unilateral Status Report to that extent.

**D.    Schedule Of Contemplated Law-And-Motion Matters**

As Plaintiffs noted in their Unilateral Status Report, Fenway has reached an agreement with certain Lehman entities to transfer all of its interests in the seven loans (the "Sold Loans") that this Court found were sold to Fenway pursuant to the August 22, 2008 repurchase agreement (the "Transfer Agreement"). Approval of the Transfer Agreement will be heard by Judge Peck of the United States Bankruptcy Court Southern District of New York on May 12, 2010. If approved, all of the claims in the adversary proceeding against Fenway, to the extent they are predicated on Fenway being the "owner" of the Sold Loans, will no longer have any basis in law or fact. Accordingly, if Plaintiffs do not agree to voluntarily dismiss Fenway from the adversary proceeding (assuming approval of the Transfer Agreement), Fenway intends to promptly file a motion for summary judgment on the basis of the agreement.

**E.     Prospects For Settlement**

Fenway is not currently discussing a settlement with Plaintiffs.

**F.     Proposed Date For Trial**

Given the state of discovery and the pending motion for approval of the Transfer Agreement, Fenway is not in a position to identify a proposed trial date at this time.

**G.     Counsel Have Met And Conferred In Compliance With LBR 7026-1**

The parties first met and conferred on February 27, 2009, and subsequently met and conferred again on April 2, 2009 and October 16, 2009.

**H.     Other Issues Affecting The Status Or Management Of The Case**

Fenway joins in the Lehman Entities' Unilateral Status Report with respect to other issues affecting the status or management of the case.

**I.     Whether The Parties Are Interested In Alternative Dispute Resolution**

Fenway is not interested in alternative dispute resolution at this time.

Dated: May 7, 2010

Respectfully Submitted,

DEWEY & LEBOEUF LLP

By:     /s/ John E. Schreiber
          John E. Schreiber
333 South Grand Street
Suite 2600
Los Angeles, California 90071
Telephone: (213) 621-6000
Facsimile: (213) 621-6100

Richard W. Reinthaler
Corinne D. Levy
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-6333

*Attorneys for Fenway Capital, LLC*

2

**FENWAY'S UNILATERAL STATUS REPORT (LBR 7016-1; FRBP 7026)**

| In re:<br>PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,<br>Palmdale Hills Property, LLC, et al. v. Lehman ALI, Inc., et al.<br><div align="right">Debtor(s).</div> | CHAPTER: 11<br>CASE NUMBER 08-17206-ES<br>Adv. Case No. 09-01005- ES |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Dewey & LeBoeuf, LLP, 333 South Grand Avenue, Suite 2600, Los Angeles, CA 90071.

A true and correct copy of the foregoing document described as **FENWAY CAPITAL, LLC'S UNILATERAL STATUS REPORT (LBR 7016-1 AND FRBP 7026)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 7, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On May 7, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/7/10 | Linda Chow-Fortune | /s/ Linda Chow-Fortune |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                **F 9013-3.1**

| | |
|---|---|
| In re:<br>PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,<br>Palmdale Hills Property, LLC, et al. v. Lehman ALI, Inc., et al.<br>Debtor(s). | CHAPTER: 11<br>CASE NUMBER 08-17206-ES<br>Adv. Case No. 09-01005- ES |

## SERVICE BY NEF

Selia M Acevedo on behalf of Plaintiff Palmdale Hills Property Llc
sacevedo@millerbarondess.com, mpritikin@millerbarondess.com; bprocel@millerbarondess.com

Joseph A Eisenberg on behalf of Defendant LB/L-Duc III Master LLC
jae@jmbm.com

Lei Lei Wang Ekvall on behalf of Interested Party Courtesy NEF
lekvall@wgllp.com

Alan J Friedman on behalf of Attorney – Irell & Manella Llp
afriedman@irell.com

Christian J Gascou on behalf of Arch Insurance Company
cgascou@gascouhopkins.com

Kelly C Griffith
bkemail@harrisbeach.com

Harry D. Hochman – hhochman@pszjlaw.com

Jonathan M Hoff on behalf of Interested Party Joint Provisional Liquidators of Lehman RE Ltd
jonathan.hoff@cwt.com

Christopher W Keegan on behalf of Interested Party Courtesy NEF
ckeegan@kirkland.com; emilee@kirkland.com; alevin@kirkland.com; tshafroth@kirkland.com

Kerri A Lyman on behalf of Official Committee of Unsecured Creditors
klyman@irell.com

Hutchison B Meltzer on behalf of Interested Party Courtesy NEF
hmeltzer@wgllp.com

James M Miller on behalf of Plaintiff Palmdale Hills Property LLC
jmiller@millerbarondess.com

Henry H Oh on behalf of 3rd Party Plaintiff Joint Provisional Liquidators of Lehman RE Ltd
henry.oh@dlapiper.com; bambi.clark@dlapiper.com

Sean A Okeefe on behalf of Plaintiff Palmdale Hills Property, LLC
sokeefe@okeefelc.com

Steven M Speier
sspeier@Squarmilner.com; ca85@ecfcbis.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

Christopher T Williams on behalf of Defendant Danske Bank A/S London Branch
ctwilliams@venable.com; jcontreras@venable.com

Dean A. Ziehl on behalf of Creditor Lehman Commercial Paper Inc.
dziehl@pszilaw.com; dziehl@pszjlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                **F 9013-3.1**

| In re:<br>PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,<br>Palmdale Hills Property, LLC, et al. v. Lehman ALI, Inc., et al.<br><div align="right">Debtor(s).</div> | CHAPTER: 11<br>CASE NUMBER 08-17206-ES<br>Adv. Case No. 09-01005- ES |
|---|---|

**Notice will not be electronically mailed to:**

**ALM Painting, Inc.**
31551 Camino Capistrano #B
San Juan Capistrano, CA 92675

**AMEC Earth & Environmental, Inc.**
Agent for Service
Mark Luer
400 E. Sixth Street
Corona, CA 92879

**BNB Engineering, Inc.**
c/o Robert J. Mulvihill
Hart, King & Coldren
200 Sandpointe, Fourth Floor
Santa Ana, CA 92707

**Boudreau Pipeline Corporation**
Agent for Service
Alan J. Bourdeau
130 Klug Circle
Corona, CA 92880

**Bucilla Group Architecture, Inc.**
c/o Agent for Service
Gregory G. Bucilla
21 Siros
Laguna Niguel, CA 92677

**Cemex, Inc.**
c/o Agent for Service
CT Corp. System
818 West Seventh Street
Los Angeles, CA 90017

**AMEC Earth & Environmental, Inc.**
2020 Winston Park Drive
Suite 700
Oakville, ON, L6H 6X7

**All American Asphalt**
c/o Agent for Service
Mark Luer
400 E. Sixth Street
Corona, CA 92879

**Bond Safeguard Insurance Co.**
c/o Harris Beach PLLC
Attn: Kelly C. Griffith, Esq.
One Park Place, 4th Floor
300 S. State St.
Syracuse, NY 13202

**Bova Contracting Corporation**
c/o Agent for Service
Steve Stein
420 De Sola Terrace
Corona, CA 92625

**Wayne W Call**
Call & Jensen
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660

**Chino Grading, Inc.**
c/o Agent for Service
Theresa Crawford Tate
1290 E. Center Court Drive
Covina, CA 91724

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

| In re:<br>PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,<br>Palmdale Hills Property, LLC, et al. v. Lehman ALI, Inc., et al.<br><br>Debtor(s). | CHAPTER: 11<br>CASE NUMBER 08-17206-ES<br>Adv. Case No. 09-01005- ES |
|---|---|

**Construction Service, Inc.**
1320 N. Hancock
Unit A
Anaheim, CA 92807

**Francis T Donahue**
Voss, Cook & Thel LPP
895 Dove Street, Suite 450
Newport Beach, CA 92660

**JLS Concrete Pumping, Inc.**
c/o Agent for Service
CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

**LV Pacific Point LLC**
2392 Morse Ave.
Irvine, CA 92614

**Mark E McKane**
Kirkland & Ellis LLP
555 California St.
San Francisco, CA 94104

**Louis R Miller**
1999 Ave of the Star Ste 1000
Los Angeles, CA 90067

**National Ready Mixed Concrete Co., A California Corporation**
c/o Agent for Service
CT Corp. System
818 West Seventh Street
Los Angeles, CA 90017

**R.C. Berger Construction, Inc.**
c/o Agent for Service
Ronald Berger
1591 Cherokee Road
Corona, CA 92881

**Contech Construction Productions, Inc.**
c/o Agent for Service
Mehran Jafarzadeh
631 Montague Avenue
San Leandro, CA 94577

**Excavating Engineers, Inc.**
c/o Agent for Service
Martin G. Smith
3712 S. Mission Road
Fallbrook, CA 92028

**JAG Utility Construction, Inc.**
c/o Agent for Service
James E. Gugino
1238 Keystone Way
Vista, CA 92083

**JT Construction, Inc.**
c/o Agent for Service
Scott I. Richards, Esq.
313 North Birch Street
Santa Ana, CA 92701

**Lehman Ali Inc.**
2392 Morse Ave.
Irvine, CA 92614

**Mesa Pacific Construction, Inc.**
c/o Agent for Service
Jeffrey W. Fohrman
One Park Plaza, Suite 600
Irvine, CA 92614

**Oak Leaf Lands Cape, Inc.**
c/o Agent for Service
Dennis Buccola
2885 E. La Cresta
Anaheim, Ca 92806

**J Patrick Ragan**
1881 South Business Center Dr., Suite 7b
San Bernardino, CA 92408

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

| In re:<br>PALMDALE HILLS PROPERTY, LLC. AND ITS RELATED DEBTORS,<br>Palmdale Hills Property, LLC, et al. v. Lehman ALI, Inc., et al.<br><div align="right">Debtor(s).</div> | CHAPTER: 11<br>CASE NUMBER 08-17206-ES<br>Adv. Case No. 09-01005- ES |
|---|---|

**SJD Development Corp.**
2392 Morse Ave.
Irvine, CA 92614

**SJD Partners, Ltd.**
2392 Morse Ave.
Irvine, CA 92614

**Sierra Pacific Electrical Contracting**
c/o Agent for Service
David Loop
2542 Avalon Street
Riverside, CA 92509

**Tensar International Corporation**
c/o Agent for Service
National Corporate Research, Ltd.
523 West 6th Street, Suite 544
Los Angeles, CA 90014

**Tonka Tractor Rental, Inc.**
c/o Agent for Service
Marty Smith
3712 S. Mission Road
Fallbrook, CA 92028

**Vaughan Trucking, LLC**
c/o Agent for Service
Steven M. Vaughan
509 N. Main Street
Lake Elsinore, CA 92530-3823

**Vulcan Materials Company**
c/o Agent for Service
The Prentice-Hall Corp. System, Inc.
2730 Gateway Oaks Drive #100
Sacramento, CA 95833

The Honorable Erithe A. Smith
**U.S. Bankruptcy Court**
**Central District of California**
411 West Fourth Street, Suite 5041
Santa Ana, California 92701-4593

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                              **F 9013-3.1**