LOUIS R. MILLER, State Bar No. 54141
MARTIN PRITIKIN, State Bar. No. 210845
**MILLER BARONDESS, LLP**
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 552-4400
Facsimile:    (310) 552-8400

Special Litigation Counsel for
Jointly Administered Debtors in
Possession and Chapter 11 Trustee

PAUL J. COUCHOT, State Bar No. 131934
SEAN A. O'KEEFE, State Bar No. 122417
PETER W. LIANIDES, State Bar No. 16057
**WINTHROP COUCHOT, PROFESSIONAL CORPORATION**
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660
Telephone: (949) 720-4165
Facsimile: (949) 720-4111

General Insolvency Counsel for Administratively Consolidated

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA -- SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>PALMDALE HILLS PROPERTY, LLC, AND ITS RELATED DEBTORS,<br><br>    Jointly Administered Debtors and Debtors-in-Possession | CASE NO. 8:08-bk-17206-ES<br>Jointly Administered With Case Nos. 8:08-bk-17209-ES; 8:08-bk-17240-ES; 8:08-bk-17224-ES; 8:08-bk-17242-ES; 8:08-bk-17225-ES; 8:08-bk-17245-ES; 8:08-bk-17227-ES; 8:08-bk-17246-ES; 8:08-bk-17230-ES; 8:08-bk-17231-ES; 8:08-bk-17236-ES; 8:08-bk-17248-ES; 8:08-bk-17249-ES; 8:08-bk-17573 ES; 8:08-bk-17574-ES; 8:08-bk-17575 ES; 8:08-bk-17404-ES; 8:08-bk-17407-ES; 8:08-bk-17408-ES; 8:08-bk-17409-ES; 8:08-bk-17458-ES; 8:08-bk-17465-ES; 8:08-bk-17470-ES; 8:08-bk-17472-ES;  8:08-bk-17588-ES |
| **ADVERSARY PROCEEDING**<br><br>PALMDALE HILLS PROPERTY, LLC, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>LEHMAN ALI, INC., et al.,<br><br>    Defendants. | Adversary No. 8:09-ap-01005-ES<br><br>**AMENDED NOTICE OF MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY ADJUDICATION, ON 3RD CLAIM FOR RELIEF (FRAUDULENT TRANSFER) [FED. R. CIV. P. 56]**<br><br>OLD Date:  November 1, 2011<br>NEW Date:  August 25, 2011<br>Time:  2:00 p.m.<br>Place:  Courtroom 5A<br>          411 West Fourth Street<br>          Santa Ana, CA 92701 |

---

**AMENDED NOTICE OF MOTION FOR SUMMARY JUDGMENT**

80320.1

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE, AND OTHER PARTIES-IN-INTEREST:**

  **PLEASE TAKE NOTICE** that the hearing on Plaintiffs SCC Communities LLC, North Orange Del Rio Land LLC and Tesoro SF LLC 's Motion for Summary Judgment on the Third Claim for Relief ("Fraudulent Transfer") against defendant Lehman ALI, Inc. ("Lehman ALI"), **previously scheduled on November 1, 2011 at 2:00 p.m.**, in Courtroom 5A, located at 411 West Fourth Street, Santa Ana, CA 92701, **will now be held on August 25, 2011** at **2:00 p.m.**

  This motion is brought pursuant to Fed. R. Civ. P. 56 and Fed. R. Bankr. P. 7056, on the ground that there is no genuine issue as to any material fact and that Plaintiffs are entitled to judgment as a matter of law on their fraudulent transfer claims in the Fourth Amended Complaint ("FAC") against Lehman ALI. Plaintiffs incurred millions of dollars in debt obligations in connection with the October 2007 "Interim Loan" made by Lehman ALI, their properties were encumbered to secure that loan, and Lehman ALI has filed proofs of secured claim for $23,795,013 in connection with that loan. Yet Plaintiffs received almost none of those loan proceeds, and so did not receive "reasonably equivalent value." Moreover, because the obligations incurred exceeded the value of their assets, Plaintiffs were rendered insolvent upon incurring those obligations.

  By the motion, Plaintiffs seek an order granting the following relief:

  A) Granting the Plaintiffs summary judgment against defendant Lehman ALI on the fraudulent transfer claim, and determining that the "Interim Loan Transfers," as defined in the attached motion, including the liens, are avoidable as fraudulent transfers pursuant to 11 U.S.C. § 548 to the extent that no benefit was received by Plaintiffs;

  B) Or in the alternative, granting Plaintiffs partial summary adjudication on all issues of fact as to which there is no genuine issue of fact, and partial summary adjudication on all issues of law addressed herein; and

  C) Granting such further relief as the Court deems just and proper.

  This motion is based on the memorandum of points and authorities, the separate statement of uncontroverted facts and conclusions of law, the Declarations of Bruce Cook, Tom Rollins and Dale Strickland and exhibits attached thereto, all previously filed on April 1, 2001; all other matters on file

1 in this action; and any further evidence or argument that may be presented in the reply papers or
2 otherwise presented at or before the hearing on this matter.

3       **IF YOU DO NOT OPPOSE THIS MOTION, YOU NEED TAKE NO FURTHER
4 ACTION. HOWEVER, IF YOU OBJECT TO THIS MOTION, PURSUANT TO LOCAL
5 BANKRUPTCY RULE 7056-1(c), ANY OPPOSITION, INCLUDING A STATEMENT OF
6 GENUINE ISSUES, MUST BE FILED WITH THE COURT NO LATER THAN TWENTY-
7 ONE (21) DAYS PRIOR TO THE DATE OF THE HEARING ON THE MOTION. YOU
8 MUST FILE YOUR OPPOSITION WITH THE CLERK OF THE UNITED STATES
9 BANKRUPTCY COURT LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA
10 92701. YOU MUST ALSO SERVE A COPY OF YOUR OBJECTION UPON COUNSEL
11 FOR THE PLAINTIFFS AT THE MAILING ADDRESSES INDICATED IN THE UPPER
12 LEFT HAND CORNER OF THE FIRST PAGE OF THIS MOTION. ANY FAILURE TO
13 TIMELY FILE AND SERVE AN OPPOSITION MAY RESULT IN A WAIVER OF ANY
14 SUCH OPPOSITION AND THE COURT MAY ENTER AN ORDER GRANTING THE
15 MOTION WITHOUT FURTHER NOTICE.**

16 DATED: April 7, 2011                                             **MILLER BARONDESS, LLP**

18                                                     By:  /s/ Louis R. Miller
19                                                           Louis R. Miller
                                                          Martin H. Pritikin
20                                                           Special Litigation Counsel to the Plaintiffs

21 DATED: April 7, 2011                                             **WINTHROP COUCHOT
22                                                          PROFESSIONAL CORPORATION**

23                                                    By:  /s/ Paul J. Couchot
                                                         Paul J. Couchot
24                                                          Peter Lianides
                                                         General Insolvency Counsel for Voluntary Debtors
25                                                          and Debtors in Possession

*Left margin:* MILLER BARONDESS, LLP / ATTORNEYS AT LAW / 1999 AVENUE OF THE STARS, SUITE 1000, LOS ANGELES, CALIFORNIA 90067 / TEL: (310) 552-4400   FAX: (310) 552-8400

---

80320.1                                   2
AMENDED NOTICE OF MOTION FOR SUMMARY JUDGMENT

| In re:<br><br>PALMDALE HILLS PROPERTY, LLC;<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 8:08-BK-17206-ES<br><br>ADVERSARY CASE NUMBER 8:09-AP-01005-ES |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1999 Avenue of the Stars, Suite 1000, Los Angeles CA 90067

A true and correct copy of the foregoing document(s) described **AMENDED NOTICE OF MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY ADJUDICATION, ON 3RD CLAIM FOR RELIEF (FRAUDULENT TRANSFER) [FED. R. CIV. P. 56]**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 7, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **April 7, 2011** I caused the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding to be served by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 7, 2011** I caused the following person(s) and/or entity(ies) to be served by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 7, 2011 | Carole Conklin | s/Carole Conklin |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                     F 9013-3.1

| In re:  PALMDALE HILLS PROPERTY, LLC;    Debtor(s). | CHAPTER 11  CASE NUMBER 8:08-BK-17206-ES  ADVERSARY CASE NUMBER 8:09-AP-01005-ES |
|---|---|

# SERVICE LISTS

### I. Served by NEF

- Selia M Acevedo  sacevedo@millerbarondess.com, mpritikin@millerbarondess.com;bprocel@millerbarondess.com
- Joseph A Eisenberg    jae@jmbm.com
- Lei Lei Wang Ekvall    lekvall@wgllp.com
- Alan J Friedman    afriedman@irell.com
- Christian J Gascou    cgascou@gascouhopkins.com
- Kelly C Griffith    bkemail@harrisbeach.com
- Harry D. Hochman    hhochman@pszjlaw.com, hhochman@pszjlaw.com
- Jonathan M Hoff    jonathan.hoff@cwt.com
- Christopher W Keegan    ckeegan@kirkland.com, gdupre@kirkland.com;alevin@kirkland.com
- Kerri A Lyman    klyman@irell.com
- Hutchison B Meltzer    hmeltzer@wgllp.com

- James M Miller    jmiller@millerbarondess.com
- Henry H Oh    henry.oh@dlapiper.com, janet.curley@dlapiper.com
- Sean A Okeefe    sokeefe@okeefelc.com
- John E Schreiber    jschreiber@dl.com
- Steven M Speier (TR)    Sspeier@asrmanagement.com, ca85@ecfcbis.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Christopher T Williams    ctwilliams@venable.com, jcontreras@venable.com
- Dean A Ziehl    dziehl@pszjlaw.com, dziehl@pszjlaw.com

### II. Served By U.S. Mail

ALM Painting, Inc.  
31551 Camino Capistrano #B  
San Juan Capistrano, CA 92675

AMEC Earth & Environmental, Inc.  
Agent for Service  
Mark Luer  
400 E. Sixth Street  
Corona, CA 92879

AMEC Earth & Environmental, Inc.  
2020 Winston Park Drive, Suite 700  
Oakville, ON, L6H 6X7  
CANADA

All American Asphalt  
c/o Agent for Service  
Mark Luer  
400 E. Sixth Street  
Corona, CA 92879

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1

| In re:<br>PALMDALE HILLS PROPERTY, LLC;<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 8:08-BK-17206-ES<br>ADVERSARY CASE NUMBER 8:09-AP-01005-ES |
|---|---|

BNB Engineering, Inc.
c/o Robert J. Mulvihill
Hart, King & Coldren
200 Sandpointe, Fourth Floor
Santa Ana, CA 92707

Bond Safeguard Insurance Co.
c/o Harris Beach PLLC
Attn: Kelly C. Griffith, Esq.
One Park Place, 4th Floor
300 S. State St.
Syracuse, NY 13202

Boudreau Pipeline Corporation
Agent for Service
Alan J. Bourdeau
130 Klug Circle
Corona, CA 92880

Bova Contracting Corporation
c/o Agent for Service
Steve Stein
420 De Sola Terrace
Corona, CA 92625

Bucilla Group Architecture, Inc.
c/o Agent for Service
Gregory G. Bucilla
21 Siros
Laguna Niguel, CA 92677

Wayne W. Call
Call & Jensen
610 Newport Ctr. Dr., Suite 700
Newport Beach, CA 92660

Cemex, Inc.
c/o Agent for Service
CT Corp. System
818 West Seventh Street
Los Angeles, CA 90017

Chino Grading, Inc.
c/o Agent for Service
Theresa Crawford Tate
1290 E. Center Court Drive
Covina, CA 91724

Construction Service, Inc.
1320 N. Hancock, Unit A
Anaheim, CA 92807

Contech Construction Productions, Inc.
c/o Agent for Service
CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

Francis T. Donohue
Voss, Cook & Thel LLP
895 Dove Street, Suite 450
Newport Beach, CA 92660

Excavating Engineers, Inc.
c/o Agent for Service
Martin G. Smith
3712 S. Mission Road
Fallbrook, CA 92028

JAG Utility Construction, Inc.
c/o Agent for Service
James E. Gugino
1238 Keystone Way
Vista, CA 92083

JLS Concrete Pumping, Inc.
c/o Agent for Service
CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

JT Construction, Inc.
c/o Agent for Service
Scott I. Richards, Esq.
313 North Birch Street
Santa Ana, CA 92701

Lehman Ali Inc.
2392 Morse Ave.
Irvine, CA 92614

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                 F 9013-3.1

| In re:<br>PALMDALE HILLS PROPERTY, LLC;<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 8:08-BK-17206-ES<br>ADVERSARY CASE NUMBER 8:09-AP-01005-ES |
|---|---|

Mark E. McKane
Kirkland & Ellis LLP
555 California St.
San Francisco, CA 94104

Mesa Pacific Construction, Inc.
c/o Agent for Service
Jeffrey W. Fohrman
One Park Plaza, Suite 600
Irvine, CA 92614

National Ready Mixed Concrete Co., A
California Corporation
c/o Agent for Service
CT Corp. System
818 West Seventh Street
Los Angeles, CA 90017

R.C. Berger Construction, Inc.
c/o Agent for Service
Ronald Berger
1591 Cherokee Road
Corona, CA 92881

J. Patrick Ragan
1881 S. Business Center Dr., Suite 7b
San Bernardino, CA 92408

SJD Development Corp.
2392 Morse Ave.
Irvine, CA 92614

SJD Partners, Ltd.
2392 Morse Ave.
Irvine, CA 92614

Sierra Pacific Electrical Contracting
c/o Agent for Service
David Loop
2542 Avalon Street
Riverside, CA 92509

Tensar International Corporation
c/o Agent for Service
CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

Tonka Tractor Rental, Inc.
c/o Agent for Service
Marty Smith
3712 S. Mission Road
Fallbrook, CA 92028

Vaughan Trucking, LLC
c/o Agent for Service
Steven M. Vaughan
509 N. Main Street
Lake Elsinore, CA 92530-3823

Vulcan Materials Company
c/o Agent for Service
The Prentice-Hall Corp. System, Inc.
2730 Gateway Oaks Drive #100
Sacramento, CA 95833

**III.    Served by Personal Delivery, Facsimile Transmission or Email**

BY PERSONAL DELIVERY (ATTORNEY SERVICE)

Courtesy Copy
The Honorable Erithe A. Smith
United States Bankruptcy Court - Central District of California
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

| In re:<br>PALMDALE HILLS PROPERTY, LLC;<br><br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 8:08-BK-17206-ES<br>ADVERSARY CASE NUMBER 8:09-AP-01005-ES |
|---|---|

BY EMAIL

Lehman Ali, Inc., OVC Holdings, Northlake Holdings, LV Pacific Point
Weil Gostshal & Manges LLP
   edward.soto@weil.com
   elisa.lemmer@weil.com
   shai.waisman@weil.com
   allen.blaustein@weil.com
   lauren.zerbinopoulos@weil.com

Pachulski Stang Ziehl & Jones LLP
   rpachulski@pszjlaw.com
   dziehl@pszjlaw.com

Fenway Capital LLC
Dewey & LeBoeuf LLP
   rreinthaler@DeweyLeBoeuf.com
   clevy@DeweyLeBoeuf.com
   jschreiber@dl.com

Lehman Re Ltd
Cadwalader, Wickersham & Taft LLP
   jonathan.hoff@cwt.com
   liz.butler@cwt.com

DLA Piper
   betty.shumener@dlapiper.com

Counsel for Chapter 11 Trustee Steven M. Speier
The Lobel Firm, LLP
   wlobel@thelobelfirm.com

General Insolvency Counsel for
Jointly Administered Debtors in Possession
Winthrop Couchot, P.C.
   pcouchot@winthropcouchot.com
   plianides@winthropcouchot.com
   sokeefe@winthropcouchot.com

Counsel for the Voluntary Debtors' Committee
Irell & Manella, LLP
   afriedman@irell.com
   klyman@irell.com

Counsel for the Trustee Debtors' Committee
Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP
   lekvall@wgllp.com
   hmeltzer@wgllp.com

Counsel for Arch Insurance Company
Gascou Hopkins, LLP
   cgascou@gascouhopkins.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1